USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURA MOODY, <br><br> Plaintiff, <br><br> -against- <br><br> U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, LUIS CALZADA, WILLIAM SANCHEZ, MADELINE MCGRATH, and ALEXANDER ADESHCHENKO, <br><br> Defendants. | **ORDER** <br><br> 24-CV-3320 (RA) (KHP) |

**KATHARINE H. PARKER, United States Magistrate Judge.**

On July 30, 2024, the Court directed the United States Marshals Service to serve a copy of the summons, complaint, and a USM-285 form on the United States Attorney for the Southern District of New York, and to mail the summons, complaint, and a USM-285 form to Karla Gilbride, Yaw Gyebi, Jr. and William Sanchez. (ECF No. 16.) The cost of in-person service of the U.S. Attorney is $65.67 and of mail service is $8.00 per defendant. Therefore, for the U.S. Marshals to complete service, Plaintiff must mail a check for $89.67 payable to the U.S. Marshals Service, noting the case number on the check. The U.S. Marshals Service only accepts certified check, cashier's check, and money order. The check should be sent to U.S. Marshals Service – Civil Section 500 Pearl Street, Suite 400 New York, NY 10007.

Alternatively, if Plaintiff is unable to afford the costs of service, Plaintiff may apply for *in forma pauperies* (IFP) status by filling out an IFP Application form located at https://nysd.uscourts.gov/sites/default/files/2018-06/IFP-application.pdf. If Plaintiff's IFP application is granted, Plaintiff will not be required to pay for the cost of the U.S. Marshals to

complete service.

Plaintiff shall *either* mail a check as described above to the U.S. Marshals Service, or complete and file an IFP application, by **August 23, 2024**.

Dated: New York, New York
August 14, 2024

SO ORDERED.

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge