```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AURA MOODY,

                    Plaintiff,

-against-

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, LUIS CALZADA, WILLIAM SANCHEZ, MADELINE MCGRATH, and ALEXANDER ADESHCHENKO,

                    Defendants.

**ORDER**

24-CV-3320 (RA) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    It has come to the Court's attention that two defendants, Damian Williams and Yaw Gyebi, Jr., have been mistakenly added to the docket as defendants. However, these individuals are not named in the complaint and are not included as defendants in the complaint. Amendment of the complaint is the proper procedure to add defendants, which has not occurred here. Accordingly, the Clerk of Court is respectfully directed to terminate Damian Williams and Yaw Gyebi, Jr. as defendants from the docket.

Dated: New York, New York
       September 6, 2024

                                SO ORDERED.

                                *Katharine H Parker*
                                _____
                                KATHARINE H. PARKER
                                United States Magistrate Judge