```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AURA MOODY,

                         Plaintiff,

-against-

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, LUIS CALZADA, WILLIAM SANCHEZ, MADELINE MCGRATH, and ALEXANDER ADESHCHENKO,

                         Defendants.

**ORDER**

24-CV-3320 (RA) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      On September 9, 2024, Plaintiff filed a request for a certificate of default. (ECF No. 24.) This request was filed in error as Defendants have indicated their intent to respond to the Complaint and the deadline for Defendants to respond has not passed. (*See* ECF No. 20.) Accordingly, the Clerk of Court is respectfully directed to lift the certificate of default.

      In addition, any issues with service of individual defendants will be discussed at the Initial Case Management Conference on November 6, 2024 at 12:00 p.m. It is the Court's understanding that the U.S. Attorney's Office is obtaining authority to represent EEOC investigators Luis Calzada, William Sanchez, Madeline McGrath, and Alexander Adeshchenko.

Dated: New York, New York
       September 10, 2024

                                    SO ORDERED.

                                    _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge