UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AURA MOODY,

Plaintiff,

-v.-

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,

Defendants.

No. 24 Civ. 3320 (RA) (KHP)

**NOTICE OF MOTION TO DISMISS THE COMPLAINT AGAINST DEFENDANTS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss the Complaint, Defendants Equal Employment Opportunity Commission, Luis Calzada, William Sanchez, Madeline McGrath, and Alexander Adeshchenko, by their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: November 20, 2024
New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ *Danielle J. Marryshow*
DANIELLE J. MARRYSHOW
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2689
E-mail: danielle.marryshow@usdoj.gov