UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AURA MOODY,

                Plaintiff,

-against-

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, LUIS CALZADA, WILLIAM SANCHEZ, MADELINE MCGRATH, and ALEXANDER ADESHCHENKO,

                Defendants.

**ORDER**

24-CV-3320 (RA) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2024

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed at the Case Management Conference on November 25, 2024, Plaintiff shall file her opposition to Defendants' motion to dismiss by **Wednesday, November 27, 2024** and Defendants shall file their reply by **December 16, 2024**.

Discovery is stayed pending a ruling on the motion to dismiss at ECF No. 40.

Dated: New York, New York
       November 25, 2024

                              SO ORDERED.

                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge