**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AURA MOODY,

                      Plaintiff,

-against-                                    24 **CIVIL** 3320 (RA)

## JUDGMENT

U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, LUIS CALZADA, WILLIAM
SANCHEZ, MADELINE MCGRATH and
ALEXANDER ADESHCHENKO,

                      Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 3, 2025, the motion to dismiss is granted. Moody's claims against the EEOC brought under Title VII, the ADA, the ADEA, the Rehabilitation Act, Section 1981, the First and Fourteenth Amendments, HIPAA and state law are dismissed without prejudice, and her breach-of-contract claim against the EEOC is dismissed with prejudice. Her claims against the Individual Defendants brought under Title VII, the ADA, the ADEA, the Rehabilitation Act, Section 1981, the First and Fourteenth Amendments, HIPAA and breach of contract are dismissed with prejudice, and her state-law claims against the Individual Defendants are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
       September 4, 2025

                                                    **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                            **BY:**        *K. Mango*

                                                     **Deputy Clerk**