AURA MOODY
112-26 197 Street
Saint Albans, NY 11412

September 15, 2025

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Moody v. United States Equal Employment Opportunity Commission, et al
Docket Number: 1:24-cv-03320 (RA) (KHP)

Your Honor:

I am the Pro Se Plaintiff in the above-entitled matter. On September 3, 2025, the Court issued a Memorandum Opinion and Order granting Defendants' Motion to Dismiss for lack of jurisdiction and directing the Clerk of Court to terminate the motion pending at docket number 40 and close this case. Some of my claims were dismissed without prejudice.

On page 9 of the Memorandum Opinion and Order the Court states, "she has an alternative remedy available because she can sue her employer directly for discrimination." I would like to ask the Court for permission to file a Motion for Leave to Amend the Complaint and Change the Caption of the Case or a Motion for Reconsideration. As far as I understand, plaintiffs are allowed to amend the original complaint to properly establish Court's jurisdiction and venue in accordance with 28 U.S.C. § § 1331, 1332 and 1391. Therefore, I am respectfully requesting a 30-day extension of time to file my Motion to Amend the Complaint or Motion for Reconsideration to cure the deficiencies related to jurisdiction, competence and claims stated in the original complaint, in the interest of justice.

On September 15, 2025, prior to submitting this letter, I called the Defendants' Counsel to see if she consents to an extension, but Ms. Danielle Marryshow did not answer the phone, so I left a message on her voice mail. On the same date, I called the Pro Se Office to inform them about my intention to file a Motion. I also contacted your Chambers and spoke with Eric regarding my request.

Thank you in advance for your consideration of this matter.

Respectfully submitted by,

Aura Moody

Aura Moody

CC: Danielle Marryshow, Counsel for Defendants (via email - danielle.marryshow@usdoj.gov)