UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURA MOODY,<br><br>                          Plaintiff,<br><br>v.<br><br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, LUIS CALDAZA, WILLIAM SANCHEZ, MADELINE MCGRATH and ALEXANDER ADESCHENKO,<br><br>                          Defendants. | 24-CV-3320 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On September 17, 2025, Plaintiff filed a motion seeking a "30-day extension of time to File a Motion for Leave to Amend the Complaint and Change the Caption of the Case or a Motion for Reconsideration to cure the deficiencies related to jurisdiction, competence, parties and claims stated in the original complaint, in the interest of justice." Dkt. 53. The Court interprets Plaintiff's motion as a request for a 30-day extension of time to submit a motion seeking both (1) to alter or amend a judgment under Rule 59(e) and (2) leave to amend the Complaint under Rule 15(a)(2). *See Metzler Inv. Gmbh v. Chipotle Mexican Grill, Inc.*, 970 F.3d 133, 142 (2d Cir. 2020) ("[A] party seeking to file an amended complaint post[-]judgment must first have the judgment vacated or set aside pursuant to Fed. R. Civ. P. 59(e) or 60(b).") (quoting *Rutolo v. City of New York*, 514 F.3d 184, 191 (2d Cir. 2008)); Fed. R. Civ. P. 59(e) ("A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment.").

Plaintiff's application is granted. The motion shall be filed no later than October 31, 2025.

SO ORDERED.

Dated: September 23, 2025
       New York, New York

_____
Ronnie Abrams
United States District Judge

2