# Your COVID-19 Vaccine Medical Exemption Application - Determination

solas_donotreply@schools.nyc.gov <solas_donotreply@schools.nyc.gov>
Fri 9/24/2021 8:34 PM
To: Moody Aura <AMoody@schools.nyc.gov>

09/24/2021

Case#: A80327
File# 0752536
EMP ID: 866129

Dear AURA MOODY,

This is to advise you that your request for a Medical Exemption to the COVID-19 Vaccine Mandate has been denied for the following reason(s):

a. Denial Reason: Other

b. Determination Comments: Antibodies alone are not a reason not to get the vaccine

Your application was reviewed in accordance with applicable City, State and Federal laws.

Sincerely,

*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number : GX5932020 N3430 COVID-19_VAX_MedExemption (No Appeal Rights)

1/1

MOODY EX. 12

September 27, 2021

HR Connect
Medical, Leaves, and Records Administration
New York City Department of Education

**Re:** CASE #: A80327
FILE #: 0752536
EMP ID #: 866129

To Whom It May Concern:

On September 26, 2021, I retrieved your email dated September 24, 2021 denying my request for a Medical Exemption to the COVID-19 Vaccine Mandate. In your determination, you allege that "Antibodies alone are not a reason not to get the vaccine". You also state that my "application was reviewed in accordance with applicable City, State and Federal laws." I am hereby appealing your decision. With all due respect, I believe the decision that you issued is unfair and defective.

Firstly, your decision does not indicate that I have the right to appeal and/or the procedure to be followed in order to challenge it, which I presume is a clear violation of my due process rights under the XIV Amendment to the Constitution of the United States of America and other relevant statutes-regulations. Moreover, your decision does not specify the data and scientific research that were reviewed and considered prior to denying my request.

Secondly, it is my understanding that an administrative decision involving civil and constitutional rights concerns must be based on fact-finding, conclusions of law and supported by tangible evidence. It should also indicate the instance(s) of appeal as a matter of right. When I applied for a Medical Exemption, I submitted scientific proof in the form of Lab Tests verifying that I have Natural Immunity. However, a review of your decision makes me infer that it is not transparent and legally sound since it does not reflect that those requirements have been fully met.

Thirdly, I disagree with your statement that "Antibodies alone are not a reason not to get the vaccine." As it relates to COVID-19, upon information and belief, scientific research states that there are two types of immunity: natural immunity and acquired artificial immunity. Without pretending to be a Scientist or lecture anyone, I would like to point out that an Israeli study did find Natural Immunity effective in fighting COVID-19. By contrast, Israelis who were vaccinated were 6.72 times more likely to get infected after the shot than after natural infection. The study also revealed that nearly 40% of new COVID-19 patients were vaccinated, compared to just 1% who had been infected previously. In addition, there have been studies in other countries that did show that patients with immunity from natural infection were far less likely to become infected again in comparison to the patients who only had immunity via vaccination. By the way, many people who have been vaccinated in the United States of American have been reportedly infected again, and some of them have died.

Fourthly, I tested Positive for COVID-19 on December 7, 2020. I recovered without being admitted to the hospital or taking regenerative-therapeutic treatment. Subsequently, I have undergone COVID-19 tests on several occasions. My most recent test was done on September 10, 2021. All the test results have shown a negative status for COVID-19. It is pertinent to highlight that nine (9) months have transpired since I got infected with COVID-19 and recovered naturally. I still have a high level of Positive Antibodies, as per the SARS-COV-2 ANTIBODY TEST I underwent on September 21, 2021.

1/2

Fifthly, upon information and belief, members of Congress, United States Postal Service employees and migrants coming through the Southern Border, among others, are not required to take the COVID-19 vaccine. Nevertheless, the DOE is imposing that I get inoculated although I have Natural Immunity. Considering that the individuals in question are not mandated to get vaccinated, I believe your decision against me constitutes a violation of the Equal Protection Clause of the XIV Amendment and other pertinent statutes-regulations.

In conclusion, based on the medical documentation that I have submitted, I have been able to demonstrate clinically that I have Natural Immunity whereas the DOE has not proven that vaccines are more effective in fighting COVID-19 and that "Antibodies alone are not a reason not to get the vaccine." Given the fact that I have COVID-19 antibodies, I am invoking the Bill of Rights and respectfully requesting that the DOE honor my decision to reject the imposed inoculation by granting this appeal.

Please be advised that I have timely notified the United Federation of Teachers (UFT) about my position regarding mandated vaccination, as well as my intention to file this appeal. Also note that, along with my application for a Medical Exemption, I submitted the emails that I had exchanged with UFT officials since August 28, 2021 until that date.

I am looking forward to hearing from you at your earliest convenience. Thank you in advance for your prompt attention and consideration in this matter.

Sincerely,

Aura Moody
Aura Moody
Bilingual School Social Worker

Cc: Michael Mulgrew, UFT President (via email)

2/2

MOODY EX. 13

# Notice of Leave Without Pay - PLEASE READ

NYCDOE <noreply@schools.nyc.gov>
Sat 10/2/2021 12:10 PM
To: Moody Aura <AMoody@schools.nyc.gov>

NYC Department of Education

Dear Aura Moody,

You are receiving this message because **you are being placed on a Leave Without Pay (LWOP) because you are not in compliance with the DOE's <u>COVID-19 Vaccine Mandate</u>.** If you are a substitute or in certain titles you have been placed in another inactive status, not a LWOP. **This means you must <u>not</u> report to your work or school site beginning Monday, October 4th.**

While you are on Leave Without Pay (LWOP), you:

- Cannot work and will not receive compensation, but you will continue your medical benefits
- Cannot use annual leave, CAR or sick time
- Cannot enter your work or school site
- Cannot reach out to students or families

In order to return from LWOP status, you must complete two steps using the **<u>DOE Vaccination Portal</u>**

1. Upload proof that you have received your first dose of a COVID-19 vaccine. **Proof of COVID-19 Vaccine can be an image of your vaccination card, NYS Excelsior Pass, or another government record**
2. E-sign the attestation stating that you are willing to return to your worksite within seven calendar days of submission.

Once you have completed these two steps, your HR Director and supervisor will also be notified and will work with you to plan your return date.

**If you have been vaccinated this weekend and upload this information by Monday morning, you may report to work as usual on Monday, October 4th, and you will be put back on active status.**

On Monday, October 4th, if you have an acceptable proof of vaccination (e.g., vaccination card, NY State Excelsior pass, or other government record) but have not been able to upload to the **<u>DOE Vaccination Portal</u>**, you may show your proof to the School Safety Agent and/or Principal (or designee) at the door. You will be allowed in the building, and you must immediately upload proof of vaccination to the Vaccination Portal and confirm that you would like to return to work in order to ensure there is no break in payroll.

If you encounter technical issues accessing the Vaccination Portal, please contact the DOE Help Desk by <u>opening a ticket online</u> or calling 718-935-5100. If you need support uploading your proof of vaccination, please contact your principal or HRD who can do so on your behalf.

1/2

Please be advised that if you do not intend to return to the DOE after October 1, 2021, you will need to return all DOE property, including computers, IDs, blackberries, and keys, immediately. Failure to

return any DOE property that has been assigned to you will delay the processing of your final payment and any payout of leave time.

Employees represented by UFT or CSA who have been placed on LWOP due to vaccination status may select (in SOLAS) special separation or leave options per the arbitration award:

- **Separation with benefits** (available in SOLAS as of Monday, October 4)**:** Employees choosing to separate under this option:
  - **Must share their intention to separate via SOLAS by October 29, 2021.**
  - Will be required to waive their rights to challenge the involuntary resignation, including, but not limited to, through a contractual or statutory disciplinary process
  - Will be eligible to be reimbursed for unused CAR/sick leave on a one-for-one basis at the rate of 1/200th of the employee's salary at departure per day, up to 100 days, to be paid out following the employee's separation
  - Will be eligible to maintain health insurance through September 5, 2022, unless they have health insurance available from another source.
- **Extend the leave without pay due to vaccination status through September 5, 2022** (available in SOLAS as of Monday, November 1 through November 30, 2021):
  - Employees choosing this option will also be required to waive their rights to challenge their involuntary resignation, including, but not limited to, through a contractual or statutory discipline process
  - They will remain eligible for health insurance through September 5, 2022
  - Employees who have not returned by September 5, 2022 shall be deemed to have voluntarily resigned
- Beginning December 1, 2021, the DOE will seek to unilaterally separate employees who have not selected one of the options above or otherwise separated service.

For more information about where to get vaccinated, visit vaccinefinder.nyc.gov or call 877-VAX-4-NYC. **For the latest COVID-19 staffing updates, please** visit the Coronavirus Staff Update InfoHub page.

Sincerely,

NYCDOE Division of Human Capital

2/2

October 6, 2021

HR Connect
Medical, Leaves, and Records Administration
New York City Department of Education

**Re:** CASE #: A80327
FILE #: 0752536
EMP ID #: 866129

To Whom It May Concern:

On October 3, 2021, I retrieved an email from the NYC Department of Education issued on October 2, 2021 informing me that I have been placed on a Leave Without Pay (LWOP) because I am not in compliance with the DOE's COVID-19 Vaccine Mandate (see attached). I would like to express my disagreement with the DOE's decision. I strongly believe that the decision is arbitrary, capricious and unfair, in violation of my constitutional and labor rights. Therefore, I am appealing it. Please refer to my letter addressed to HR Connect on September 27, 2021 and supportive evidence for further information.

First, I have not applied for LWOP. **Article Ten, Section E of the DOE-UFT Contract for School Psychologists and School Social Workers** deals with Leaves of Absence Without Pay. Pursuant to Section E of Article Ten, Leaves of Absence Without Play should be granted upon application for the following purposes: "a. Study related to the employee's license field; b. Study to meet eligibility requirements for a license other than that held by the employee; c. Acceptance of a teaching position in a foreign country for one year, with such leave renewable for an additional year. Such teaching position shall be sponsored or approved by the government of the United States." A review of the Notice of Leave Without Pay dated October 2, 2021 does not meet these criteria. Refusal to get inoculated while having Natural Immunity should not be a reason for termination and/or suspension of employment, warranting a reversal of the DOE's decision.

Secondly, when I applied for a Medical Exemption, I submitted scientific proof in the form of Lab Tests verifying that I have Natural Immunity for over 9 months since the time I contracted COVID-19. As the record shows, I tested Positive for COVID-19 on December 8, 2020. I still have a high level of Positive Antibodies, as per the SARS-COV-2 ANTIBODY TEST I underwent on September 21, 2021. Since my recovery, I have undergone numerous COVID-19 tests, being the most recent one on October 5, 2021 (see attached). All test results have revealed a negative status for COVID-19. Based on the medical documentation that I have submitted to the DOE, I have been able to demonstrate clinically that I have Natural Immunity whereas the DOE has not proven that vaccines are more effective in fighting COVID-19, that "Antibodies alone are not a reason not to get the vaccine" and that "Post-COVID condition is not sufficient (e.g. outside isolation period)," as alleged on the denials of my applications for a Medical Exemption. Moreover, the DOE has not provided me with any data and scientific information ensuring that people who have recovered from COVID-19 cannot suffer damages as a result of being inoculated. What about the fear of mutation in COVID-19? As part of my due process rights, I am kindly requesting that the DOE produce all the data and medical evidence that were reviewed prior to denying my applications for a Medical Exemption.

Thirdly, upon information and belief, federal, state and city laws protect employees from unlawful termination and/or suspension without pay for long periods without due process, including but not limited to firing and/or suspending employees as an act of discrimination or retaliation. Employees are also

1/2

protected by international labor laws. In my case, I have a good faith belief that I have been illegally suspended from my job by placing me on LWOP, to wit, I have not applied for. My record neither shows that I have been suspended or disciplined in the past for poor performance. In my opinion, an exhaustive review of the medical documentation that I have submitted to the DOE demonstrates that I am not a public health threat. I am willing to comply with my job duties. Considering that I cannot report to work in person, I am requesting that the DOE make arrangements so I can work virtually, pending a sound and fair decision on my appeal by the pertinent authorities. I will suffer financial, emotional and other damages if the DOE continues to deprive me from earning a salary to support my needs as a human being. Needless to say, the law provides special attention and protection to the group of employees who are approaching the age of retirement that cannot be violated, like in my case.

In summary, I would like to reiterate that I have not resigned to my position as a Bilingual School Social Worker. Therefore, I am requesting that I put back on active status. Please take notice that on August 28, 2021, before the DOE and UFT allegedly reached an agreement on the COVID-19 Mandate, I contacted the UFT regarding Natural Immunity, but my concerns were not addressed. Some of the numerous emails that I have exchanged with UFT officials were attached to my initial application for a Medical Exemption.

I am looking forward to hearing from you at your earliest convenience. Thank you in advance for your prompt attention and consideration in this matter.

Sincerely,

Aura Moody

Aura Moody
Bilingual School Social Worker

**Attachments:** Notice of Leave Without Pay dated 10/2/2021
COVID-19 Test Result dated 10/5/2021

Cc: Michael Mulgrew, UFT President (via email)

MOODY EX. 15

# Your COVID-19 Vaccine Medical Exemption Application - Determination

solas_donotreply@schools.nyc.gov <solas_donotreply@schools.nyc.gov>
Wed 10/13/2021 7:27 PM
To: Moody Aura <AMoody@schools.nyc.gov>

10/13/2021

Case#: A82680
File# 0752536
EMP ID: 0866129

Dear AURA MOODY,

This is to advise you that your request for a Medical Exemption to the COVID-19 Vaccine Mandate has been denied for the following reason(s):

a. Denial Reason: Insufficient medical documentation to determine if there is valid reason to defer or delay vaccination

b. Determination Comments: NA

Your application was reviewed in accordance with applicable City, State and Federal laws.

Sincerely,

*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number : GX6000430 N3430 Denial - Medical Exemption to Vaccine Mandate

1/1

**From:** quinonesmoody@aol.com,
**To:** nycchancellor@schools.nyc.gov,
**Cc:** mmulgrew@uft.org, ocr.newyork@ed.gov, jungie.zhang@ed.gov, ocr@ed.gov,
**Subject:** Leave Without Pay
**Date:** Fri, Oct 29, 2021 1:41 pm
**Attachments:** Aura Moody - PCOT SARS-COV-2 REALTIME dated 12-8-2020.pdf (336K), Aura Moody - COVID-19 Test Result Dated 9-28-2021.pdf (392K), Aura Moody - COVID-19 Test Result Dated 10-5-2021.pdf (375K), Aura Moody - COVID-19 Test Result Dated 10-12-2021.pdf (427K), Aura Moody - COVID-19 Test Result Dated 10-19-2021.pdf (395K), Aura Moody - COVID-19 Test Result Dated 10-26-2021.pdf (402K), Aura Moody - Emails between Aura Moody and UFT on Natural Immunity dated 8-23-2021 thru 10-13-2021.pdf (13844K), Aura Moody - Letter to HR Connect dated 9-27-2021 on Vaccine Mandate.pdf (1488K), Aura Moody - Letter to HR Connect dated 10-6-2021 on LWOP.pdf (1536K)

---

October 29, 2021

Ms. Meisha Porter
Chancellor
New York City Department of Education

Dear Chancellor Porter:

I am a New York City Department of Education (DOE) employee who is not vaccinated. Attached please find the letters that I addressed to HR Connect on September 27, 2021 and October 6, 2021 regarding the COVID-19 Vaccine Mandate for DOE employees. I am also attaching medical documentation regarding my COVID-19 status, as well as the emails that I have exchanged with the UFT from August 28, 2021 through October 13, 2021.

It is not my intention to breach HIPAA privacy regulations, but I feel compelled to share some background and medical information related to my case. I tested positive for COVID-19 on December 8, 2020. Since then, I have undergone numerous COVID-19 tests, being the most recent one on October 26, 2021. All the test results have shown a negative status for COVID-19. I still have a high level of Positive Antibodies, as per the SARS-COV-2 ANTIBODY TEST I underwent on September 21, 2021. At this point, I strongly believe that I do not need to be inoculated since I have Natural Immunity. The medical documents that I have submitted to the DOE and United Federation of Teachers (UFT) reveal that I am not a public health threat. By the way, I worked in person during the 2020-2021 School Year. To my knowledge, I did not endanger the safety, health or wellfare of any student and/or staff member.

On September 23, 2021, I applied for a Medical Exemption under the grounds of Natural Immunity. My request was denied on September 24, 2021 alleging that "Antibodies alone are not a reason not to get the vaccine." On September 28, 2021, I filed an appeal. It was denied on September 30, 2021 alleging that "Post-COVID condition is not sufficient (e.g. outside isolation period)." On October 6, 2021, I asked for a Medical Exemption again. On October 13, 2021, the DOE issued a determination and denied my application alleging that there was "Insufficient medical documentation to determine if there is valid reason to defer or delay vaccination." What the decision did not state is that the DOE has ignored the fact that I had submitted medical documentation showing that I have Natural Immunity and that I had tested negative for COVID-19 since the time I contracted the virus. In addition, the decision failed to indicate that I have the right to appeal as a matter of law. All requests were denied without granting me a hearing, which is an outright contravention of my due process rights. Presently, I am facing employment termination. On October 2, 2021, I was issued a Notice of Leave Without Pay (LWOP). Your illegal decision is denying me the most fundamental constitutional right of all - that to life itself. I insist, I did not apply for a LWOP. I was forcibly placed onto unpaid leave through action taken by the DOE, to wit, I vehemently disagree. I have not quit. I will not be resigning or retiring. The DOE has constructively discharged me. I will not be signing your waiver of my right to sue to get the benefits that you have abruptly taken away from me. I am ready, willing and able to return to my position as a Bilingual School Social Worker. Without income, I cannot pay my bills and satisfy my other needs. In paragraph 4 of my letter addressed to HR Connect on October 6, 2021, I requested that the DOE make arrangements for me to work virtually pending a sound and fair decision on my appeal by the pertinent authorities, but I have not received a response. I would like to reiterate that I have not quit or resigned. I will continue to suffer financial, emotional and other irreparable damages if the DOE continues to deprive me from earning a living.

1/2

As it relates to COVID-19, upon information and belief, scientific research states that there are two types of immunity: Natural Immunity and Acquired Artificial Immunity. Without pretending to be a Scientist or lecture anyone, I would like to point out that an Israeli study did find Natural Immunity effective in fighting COVID-19. By contrast, Israelis who were vaccinated were 6.72 times more likely to get infected after the shot than after natural infection. The study also revealed that nearly 40% of new COVID-19 patients were vaccinated, compared to just 1% who had been infected previously. In

addition, studies conducted in several countries, including the United States of America, have shown that patients with immunity from natural infection are far less likely to become infected again in comparison to the patients who only have immunity via vaccination. It is of paramount importance to highlight that many people who have been vaccinated in the United States of America have been infected again, and some of them have died or suffered side effects and/or permanent injury. What about the fear of mutation for COVID-19? What about the USA (and specifically NYC) reaching herd immunity via Natural Immunity and vaccination? It is reasonable for the unvaccinated people like me to demand that these questions be answered by the administration and medical team that are implementing the COVID-19 Vaccine Mandates.

Upon information and belief, members of Congress, United States Postal Service employees and illegal migrants coming through the Southern Border, among others, are not required to get tested or take the COVID-19 vaccine. Nevertheless, the DOE is imposing that I get inoculated although I have Natural Immunity. Considering that the individuals in question are not mandated to get vaccinated, I have a good faith belief that the DOE's decision against me is discriminatory and constitutes a blatant violation of the Due Process and Equal Protection Clauses of the XIV Amendment to the Constitution, the Civil Rights Act of 1964, the Rules of Practice and Procedure of the Equal Employment Opportunity Commission (EEOC), as well as other relevant statutes-regulations.

Based on the medical information and arguments I have submitted to the DOE and UFT in support of my application for a Medical Exemption, I would like to challenge the legality of the DOE-UFT Agreement reportedly reached on September 10, 2021 via an Arbitrator. I believe the Arbitration proceeding is faulty, and it needs to be vacated. It is my impression that the DOE and UFT did not act in good faith by excluding Natural Immunity as a ground for exemption, in disregard of the available data and scientific research showing that Natural Immunity is fundamental in achieving herd immunity for COVID-19. With all due respect, I feel that the UFT failed to fairly represent the members, specifically the ones who have Natural Immunity, like in my case. Please be advised that I brought the issue of Natural Immunity to the attention of the UFT on August 28, 2021 via email, before the DOE-UFT Agreement was agreed upon and the COVID-19 Vaccine Mandate was implemented, but my concerns were ignored. Instead, the UFT attempted to coerce me to get vaccinated. I have been denied an appeal as per the UFT, which I believe is a flagrant violation of my due process and equal protection rights by both the DOE and UFT. I believe that people who have contracted COVID-19 are being discriminated against whereas vaccine mandates are being politicized.

Please be advised that I have no access to my DOE email account. Therefore, I am sending this correspondence via my personal email. I am looking forward to an expeditious resolution to this matter. Thank you for your time and consideration!

Cordially,

Aura Moody
Bilingual School Social Worker

**Attachments (9 in total)**

2/2

MOODY EX. 17

**SENT VIA EMAIL**

November 19, 2021

Ms. Meisha Porter
Chancellor
New York City Department of Education
52 Chambers Street
New York, NY 10007

Re Application for Religious Exemption from Mandated COVID-19 Vaccines
File #: 0752536
EMP ID #: 866129

Dear Chancellor Porter:

I am a New York City Department of Education (DOE) employee since 1999. As per the email that I sent you on October 29, 2021, I applied for a Medical Exemption in September of 2021, but it was denied without a hearing. I appealed the decision, but it was not heard, in contravention of my due process and equal protection rights. Please refer to the letters that I addressed to HR Connect on September 27, 2021 and October 6, 2021, as well as the emails that I exchanged with the UFT from August 28, 2021 through October 13, 2021. I forwarded these documents along with medical evidence to you on October 29, 2021 via email.

In addition to my request for Medical Exemption under the grounds of Natural Immunity, I would like to inform you that I will be applying for a Religious Exemption since the COVID-19 Vaccine Mandate also conflicts with my faith. I chose not to apply for a Religious Exemption before because my personal religious beliefs did not match the requirements of the standards that were set forth in the application process, so I concluded an application would be futile. I struggle every day with the impending November 30, 2021 deadline by which I will need to choose between the vaccine, my livelihood and job prospects.

In the *Kane v. DeBlasio* and *Keil v. City of New York*, cases now pending before the United States Court of Appeals for the Second Circuit, the Defendants have conceded that the process and standards they had used to consider religious exemption applications and appeals were "constitutionally suspect" and proposed an alternative process with purportedly constitutional standards. Accordingly, the Court ordered the Plaintiffs to be reassessed under this alternative process. Thus, my application for Religious Exemption is forthcoming. I trust this renewed assessment will result in an exemption since I know my religious beliefs to be demonstrably, wholly and unequivocally sincere. I have already been significantly damaged by this unconstitutional COVID-19 Vaccine Mandate.

1/2

Please be advised that I have no access to my DOE email account. Therefore, I am sending this correspondence via my personal email. Thank you in advance for your timè and consideration!

Sincerely,

Aura Moody
Bilingual School Social Worker

Cc: Division of Human Capital, DOE HR Connect (via email)
Michael Mulgrew, UFT President (via email)

SENT VIA EMAIL

November 21, 2021

Ms. Meisha Porter
Chancellor
New York City Department of Education
52 Chambers Street
New York, NY 10007

Re Application for Religious Exemption from Mandated COVID-19 Vaccines
File #: 0752536
EMP ID #: 866129

Dear Chancellor Porter:

I am a God-fearing individual. I am pro-life. I am pro-Constitution. I am pro-America, the land of freedom and opportunities. As per the email that I sent you on November 19, 2021, I am formally applying for a Religious Exemption to the COVID-19 Vaccine Mandate. I authorize that this letter be shared only with those in charge of approving my exemption and the pertinent DOE-UFT officials involved in this case.

As background information, I am a New York City Department of Education (DOE) employee who is not vaccinated. I tested positive to COVID-19 on December 8, 2020. I recovered and gained Natural Immunity, which several medical experts say is just effective as the immunity acquired through a vaccine. Since the time I contracted the virus, I have undergone COVID-19 tests, being the most recent one on November 16, 2021. All the test results have shown a negative status for COVID-19. I still have a high level of Positive Antibodies, as per the SARS-COV-2 ANTIBODY TEST I underwent on September 21, 2021. At this point, I strongly believe that I do not need to be inoculated since I have Natural Immunity.

As you know, the DOE has mandated that all employees be vaccinated. On September 23, 2021, I applied for a Medical Exemption under the grounds of Natural Immunity. Along with my application, I submitted scientific proof in the form of Lab Tests verifying that I have Natural Immunity, as well as the emails that I had exchanged with the United Federation of Teachers (UFT) since August 28, 2021 until that date. I indicated that I am Catholic. My application for a Medical Exemption was denied on September 24, 2021 alleging that "Antibodies alone are not a reason not to get the vaccine." The DOE's decision also state that my "application was reviewed in accordance with applicable City, State and Federal Laws." It is my understanding that an administrative decision involving civil and constitutional rights concerns must be based on fact-finding, conclusions of law and supported by tangible evidence. It should also indicate the instances of appeal as a matter of right. In my opinion, the DOE's decision is not transparent and legally sound since it does not reflect that those requirements have been met. It does not indicate that I have a right to appeal and/or the procedure to challenge it, which I presume is a flagrant violation of my due process and equal protection rights under the Fourteenth Amendment to the

Constitution of the United States of America and other relevant statutes-regulations. Moreover, the decision does not specify the medical data, scientific research and applicable laws that were reviewed and considered prior to denying my application for a Medical Exemption. On September 28, 2021, I appealed the DOE's arbitrary and defective decision, but it was denied on September 30, 2021 alleging that "Post-COVID condition is not sufficient (e.g. outside isolation period)." On October 2, 2021, I was issued a Notice of Leave Without Pay (LWOP) because I was not in compliance with the DOE's COVID-19 Vaccine Mandate. On October 6, 2021, I addressed a letter to HR Connect expressing my disagreement with the LWOP, to wit, I had not applied for. In my letter, I stressed that the LWOP violates Article Ten, Section E of the DOE-UFT Contract for School Psychologists and Social Workers. As part of my due process rights, I requested that the DOE produce all the data and medical evidence that were reviewed prior to denying my application, and I asked for a Medical Exemption again. On October 13, 2021, the DOE issued a determination and denied my application alleging that there was "Insufficient medical documentation to determine if there is valid reason to defer or delay vaccination." What the decision does not state is that the DOE ignored the fact that I have submitted medical documentation showing that I have Natural Immunity and that I am not a public health threat based on the results of my ongoing COVID-19 tests whereas the DOE has not proven that vaccines are more effective than Natural Immunity in fighting COVID-19. By the way, I worked in-person during the 2020-2021 School Year, when the COVID-19 infections were at their worst. To my knowledge, I did not endanger the safety, health or welfare of any student and/or staff member. All applications for a Medical Exemption were denied without granting me a hearing, which is an outright infringement on my due process and equal protection rights. On October 29, 2021, I sent an email to Chancellor Porter regarding the DOE's capricious LWOP. I asked that the DOE make accommodations for me to work remotely until a decision on my appeal for a Medical Exemption is made by the pertinent authorities, but I have not received a response or acknowledgment. Since the time that I was placed on LWOP, I have submitted proof of negative COVID-19 tests weekly, but the DOE has not taken any action.

In addition to my request for a Medical Exemption under the grounds of Natural Immunity, I am hereby applying for a Religious Exemption since the COVID-19 Vaccine Mandate also conflicts with my faith. I chose not to apply for a Religious Exemption before because my personal religious beliefs did not match the requirements of the standards that were set forth in the application process, so I concluded an application would be futile at that time. In the *Kane v. De Blasio* and *Keil v. City of New York*, cases now pending before the United States Court of Appeals for the Second Circuit, the Defendants have conceded that the process and standards they had used to consider Religious Exemption applications and appeals were "constitutionally suspect" and proposed an alternative process with purportedly constitutional standards. I struggle every day with the impending November 30, 2021 deadline by which I will need to choose between the vaccine, my livelihood and job prospects. Hence, I am exhausting administrative remedies.

In support of my application for a Religious Exemption, I would like to submit the following statements: The COVID-19 vaccination requirements as set forth by the City of New York are contrary to my personal religious beliefs. I was brought up in the Christian faith and have been a lifelong follower of the teachings of God. My Christian upbringing, my studying the Old and New Testaments, my lifelong following of the teachings of God and my daily prayers with God are the

foundation of my personal religious beliefs. Through these experiences, I believe that if I take any of the COVID-19 vaccines God will seek retribution against me for not following his laws and for my lack of faith in him.

One of God's commandments is "You shall not kill." See Exodus 20:13. Upon information and belief, all the COVID-19 vaccines have used aborted fetal cell lines as part of their development or testing of the vaccines. The Pfizer vaccine was protein tested using the abortion-derived cell line HEK-293. These human cells were taken from an aborted unborn child and have been "cultivated" and were used to develop the various treatments for COVID-19. The Moderna vaccine was also protein tested using the same abortion-derived cell line HEK-293. Johnson & Johnson has publicly admitted to using human cells which were taken from an aborted unborn child, and which today have been called cell line PER.C6 for the development of their COVID-19 vaccine. If I take any of these vaccines, I am participating in the abortions which resulted in these cell lines and committing a sin against God.

Scripture is critical for me as a Christian and gives me the guiding principles for my life. The scriptures were written in an era when vaccines did not exist, so they do not specifically address that issue, but they contain the principles which are relevant to whether I should put into my body anything which is unclean. Precisely, but not inclusive of all the scriptures which address this principle is Daniel 1:8 (defilement by ingesting improper things), Leviticus 19:19 and Deuteronomy 22:11 (mixing fabrics), Romans 14:23 (if one does act from faith, it is sin) and 1 Corinthians 6:19-20 (our body is the temple of God and should not be defiled). "But if you do not harken to the voice of the Lord your God, and are not careful to observe all his commandments which I enjoin on you today, all these curses shall come upon you and overwhelm you." Deuteronomy 28:15 -19: "God has created man in his image, in the divine image he created him; male and female he created them." According to Genesis 1: 27, God has made me in his image, my body is a temple of God that belongs to him and by taking any of these vaccines my personal religious belief is that it desecrates my body and will bring the wrath of God down upon me because of this sin. God does not want me to sin. "Flee from sin as from a serpent that will bite you if you go near it; Its teeth are lion's teeth destroying the soul of men." Sirach 21: 2.

"God alone is my rock and my salvation, my secure height, I shall not fall. My safety and glory are with God, my strong rock and refuge. Trust God at all times, my people!" Psalms 62: 7-9: "It was not through the law that the promise was made to Abraham and his descendants that he would inherit the world, but through the righteousness that comes from faith. For if those who adhere to the law are the heirs, faith is null and the promise is void. For the law produces wrath; but where there is no law, neither is there violation. For this reason, it depends on faith, so that it may be a gift, and the promises may be guaranteed to all his descendants..." Romans 4:13-15. If I take the COVID-19 vaccine, I break faith in God by not having faith in him and his laws and then I will subject my soul to the fires of Hell.

The Catechism of the Catholic Church supports my personal religious beliefs. According to a 1992 volume which dealt with the issue of conscience, "Man has the right to act in conscience and in freedom so as personally to make moral decisions." The Vatican II document Dignitatis Humanae, says: "He must not be forced to act contrary to his conscience. Nor must he be prevented from acting according to his conscience, especially in religious matters." The Code of Canon Law, Canon 748, Section 1, declares that "All are bound to seek the truth in matters which concern God and his Church; when they have found it, then by divine law they are bound, and they have the