right to embrace and keep it."

It is clear from the several quotes from the many potential quotes that I used from the Bible that God would seek retribution for my breaking of his laws and breaking my faith in him. Besides the proof from the Bible, my prayers with God have also proven to me that God does not want me to take any COVID-19 vaccine. I also believe to be morally wrong to use the methods of so-called fetal therapy to take the human fetus at some stage of his or her development, to cause an abortion, and then to use the body parts in attempts to treat diseases. Abortion is a serious sin, and I cannot find any justification for it, even if someone may possibly benefit from the destruction of a conceived human life. It is sin, and it is inconsistent with my faith to participate in it or benefit from it. As such, and because of the principles of the sanctity of human life drawn from the entirety of the Holy Scripture, which principles are partly exemplified as the principles underlying the Bible verses set forth above, I cannot in conscience based on my religious faith take these vaccines as is within my rights. I assert my religious beliefs to be demonstrably, wholly and unequivocally sincere. In God I trust!

The government is expected to protect my religious liberty, among other rights. The First Amendment to the Constitution of the United States of America protects my free exercise of religion, and the Fourteenth Amendment protects the due process and equal protection of law. Because I work as a Social Worker and am therefore employed by the government, the government may not abridge my civil rights. For instance, Title VII of the Civil Rights Act of 1964, 42 U.S.C. 1983, the Americans with Disabilities Act of 1990 and the NYS Executive Law, Human Rights Law, Article 15, Section 296, among other statutes-regulations, protect individuals from unlawful discriminatory practices related to employment at all levels of government.

It is my good faith belief that the DOE's COVID-19 Vaccine Mandate is constitutionally illegal and discriminatory for the aforementioned reasons. Differential treatment between the vaccinated and unvaccinated is inappropriate. Denial of my application for a Medical Exemption is unfair. Violation of the civil rights of my religious beliefs is immoral. Furthermore, the vaccine mandate violates a fundamental constitutional right - the right to privacy, which includes bodily autonomy. The DOE's failure to give due process before putting me on no-pay status is a violation of Federal, State and City laws. Additionally, the DOE has overlooked the fact that the United States of America (including New York City) has probably reached herd immunity via Natural Immunity and vaccination. The DOE has also failed to recognize the side effects and fear of mutation for COVID-19, concerns that should have been taken into consideration by the administrators and medical teams that have embraced COVID-19 Vaccine Mandate.

It is of paramount importance to highlight that any change in the condition of employment requires good-faith bargaining, as per the contracts between the City and Unions. An exhaustive review of what has transpired in this case would reveal grave civil and constitutional rights violations by the DOE and UFT pertaining to COVID-19 Vaccine Mandate that need to be remedied. With all due respect, it is my impression that the DOE and UFT did not act in good faith by excluding Natural Immunity as a ground for exemption, in disregard of the available data and scientific research showing that Natural Immunity is in fact effective as the immunity acquired through a vaccine. I brought the issue of Natural Immunity to the attention of the UFT on August 28, 2021 via email, before the DOE-UFT Agreement was negotiated via an Arbitrator and the COVID-19 Vaccine Mandate was implemented, but my concerns were not

addressed. I believe that people who have contracted COVID-19 are being discriminated against whereas Vaccine Mandates are being politicized. Insomuch as, the UFT has failed to fairly represent me. Instead of helping me, the UFT attempted to coerce me to get vaccinated. I have been significantly damaged by this unconstitutional COVID-19 Vaccine Mandate. In light of the above, I am seeking relief.

Please note that I have been unable to access my DOE email account since October 15, 2021. Therefore, I am sending this correspondence via my personal email instead of SOLAS. Upon learning that access to my account had been blocked, I notified the DOE and UFT about this situation, but the problem has not been solved. Please refer to the email that I sent to UFT officials on October 15, 2021 at 10:13:38 AM. I am including the emails that I exchanged with the UFT since August 28, 2021 until October 13, 2021 as an attachment to this letter for verification of my statements. Thank you in advance for your time and consideration!

Respectfully,

Aura Moody

Aura Moody
Bilingual School Social Worker

**Attachment:** Emails between Aura Moody and UFT officials dated 8/23/-2021-10/13/2021

Cc: Division of Human Capital, DOE HR Connect (via email)
Michael Mulgrew, UFT President (via email)
Pertinent DOE-UFT Staff Involved in this Case

MOODY EX. 19

**From:** quinonesmoody@aol.com,
**To:** mmulgrew@uft.org,
**Cc:** bnorton@uft.org, msill@uft.org,
**Subject:** Expedited Resolution Needed on DOE's COVID-19 Vaccine Mandate
**Date:** Mon, Nov 29, 2021 1:22 am
**Attachments:** Aira Moody - Application for Religious Exemption to COVID-19 Vaccine Mandate dated 11-21-2021.pdf (5008K), Aura Moody - Emails between Aura Moody and UFT on Natural Immunity dated 8-23-2021 thru 10-13-2021.pdf (13844K)

---

November 29, 2021

Mr. Michael Mulgrew
UFT President

Dear Mr. Mulgrew:

My name is Aura Moody. I have been a New York City Department of Education employee since 1999. On November 21, 2021, I applied for a Religious Exemption to the DOE's COVID-19 Vaccine Mandate (see attached letter addressed to Chancellor Porter). However, I have not received a response. I struggle every day with the impending November 30, 2021 deadline by which I will need to make important decisions on my career and life.

In the *Kane v. De Blasio* and *Keil v. City of New York*, cases now pending before the United States Court of Appeals for the Second Circuit, the Defendants have conceded that the process and standards (Arbitration Agreement Section I.C.) they had used to consider religious exemption applications and appeals were "constitutionally suspect" and proposed an alternative process with purportedly constitutional standards. Accordingly, the Court ordered the Plaintiffs to be reassessed under this alternative process.

In the cases *Kane v. De Blasio* and *Keil v. City of New York* heard on November 10, 2021 before the United States Court of Appeals for the Second Circuit, the DOE's Attorney, Ms. Susan Paulson, admitted to the Court that the Arbitrator's Award was constitutional suspicious. In Ms. Paulson's own words, she stated: "I grant you that the award is not a picture of clarity, and I am not sure… this is a place [where] further factual development will aid our understanding." In response, Judge Jose Cabranes asked Ms. Paulson: "Are you saying to us that to the extent that to the arbitrator's award includes aspects that are constitutional questionable, we should just disregard them because it's not absolutely clear that the city is acting in accordance with them?" Ms. Paulson's rebuttal stated: "I don't think that we should disregard them… it should narrow the lens to which we look at the relief here." She said that "some may have been denied religious exemption based upon the application of improper criteria."
Since my Religious Exemption would probably be considered under the same admittedly unconstitutional process introduced by the Arbitration Agreement, I hereby demand that the UFT bring a claim directly to Scheinman Arbitration and Mediation Services by November 30, 2021 for expedited resolution because I have reasons to believe the Arbitration Agreement was not created and implemented in good faith, as I have previously expressed to the UFT and DOE (see attached emails between Aura Moody and UFT, as well as my letter addressed to Chancellor Porter).

Besides Section I.C. in the Arbitration Agreement, I also have reasons to believe that the following terms in the Arbitration Agreement were not created and implemented in good faith. On page 14 in Section II.C it states: "During such leave without pay, employee shall continue to be eligible for health insurance. As with other DOE leave without pay, employees are prohibited from engaging in gainful employment during the leave period."

In the *Maniscalco v. New York City Department of Education* case heard on October 14, 2021 before the United States Court of Appeals for the Second Circuit, the Judge commented: "Isn't the basic answer for why the city is doing that is to coerce them to get shots? To get their vaccinations? You know, this will do it. They've got mortgage payments. It's rough stuff, but that's really what's going on here."

Upon information and belief, the DOE has been using coercion tactics such as prohibition from gainful employment during the unpaid leave period to force union members to take the COVID-19 vaccines. Therefore, I demand that the UFT consider deleting such terms prohibiting members from gainful employment during the unpaid leave period and consider allowing members to have gainful employment during the Leave Without Pay, to wit, I did not apply for.

1/2

On page 17 in Section III.B it states: "In order to extend this leave pursuant to this section, and continue to receive the commensurate benefits, an employee must file a form created by the DOE which includes a waiver of the employee's rights to challenge the employee's voluntary resignation, including, but not limited to, through a contractual or statutory disciplinary process. Employees who select this option shall continue to be eligible for health insurance through September 5, 2022." Such form or waiver mentioned in Section III.B was never shown to me with detailed explanation on the meanings of such form or waiver. One of union members' basic

rights is the protection of the right to sue, and this basic right is not respected or protected in this section. The Landrum-Griffin Act was passed in 1959 as a way to protect union members. Also known as the Labor-Management Reporting and Disclosure Act (LMRDA), the Act guarantees certain rights to union members, such as

- equal rights to participate in union activities
- freedom of speech and assembly
- voice in setting rates of dues, fees, and assessments
- **protection of the right to sue**
- safeguards against improper discipline

Therefore, I demand that the UFT consider deleting such terms requiring union members to waive their rights to challenge including, but not limited to, involuntary resignation.

Based on the aforementioned reasons, I hereby demand again that the UFT bring a claim directly to Scheinman Arbitration and Mediation Services before November 30, 2021 for expedited resolution because the Arbitration Agreement was not created and implemented in good faith.

Kindly respond to this email in writing by 12:00 PM of November 30, 2021 business day. Please do not call me on this matter because I am trying to avoid excessive phone bills. I have already been significantly damaged and your expedient attention to this matter will avoid further injury. Any delay will continue to compromise my career and life in a manner that is unfair, unbearable and entirely unconstitutional.

Thank you in advance for your prompt attention to this request, and I look forward to hearing from you.

Sincerely,

Aura Moody
Bilingual School Social Worker

**Attachments**: Letter to Chancellor Porter from Aura Moody dated 11/21/2021
Emails between Aura Moody and UFT dated 8/23/2021-10/13/2021

2/2

SENT VIA EMAIL

November 30, 2021

Ms. Meisha Porter
Chancellor
New York City Department of Education
52 Chambers Street
New York, NY 10007

Re Applications for Medical and Religious Exemptions from Mandated COVID-19 Vaccines
Maintaining Right to Sue for Wrongful Termination
File #: 0752536
EMP ID #: 866129

Dear Chancellor Porter:

I have been informed by some colleagues that they have received a Final Notice of Leave Without Pay (LWOP) status from NYCDOE Division of Human Capital on or about November 29, 2021. In this notice, it states "If you remain non-compliant and have not opted to extend you LWOP or return from LWOP status by November 30, you are subject to termination from service with the NYCDOE beginning December 1, 2021."

I am writing this letter to inform you of the following:

1. I have NOT received the Final Notice of LWOP. Therefore, I am not able to submit my decision as to whether or not to extend my LWOP status in SOLAS by 11:59 PM on November 30, 2021. **I am already losing my pay in exchange for the DOE holding my position. I am NOT waiving my right to sue for wrongful termination. Considering that I have not received the Final Notice of LWOP, I should not be held liable for the DOE's notification failures and due process rights violations. As a matter of law, I am entitled to a hearing before the DOE's alleged termination or involuntary resignation, to wit, I have not been formally informed.** I would like to stress that I have been significantly damaged by the DOE's capricious and arbitrary employment action against me, and immediate remedy is warranted to avert further injury.

2. I am NOT waiving my right to seek Medical and Religious Exemptions and Accommodations from any requirement that conflicts with my medical condition based on Natural Immunity and my sincerely held religious beliefs. Also, I am not waiving my rights to seek legal redress from any wrongful denial of such exemptions or accommodations.

3. I am NOT waiving my right to challenge the involuntary resignation, including but not limited to, through a contractual or statutory disciplinary process.

1/2

4. I am NOT waiving my right to challenge any wrongful termination by the DOE.

As you may recall based on my previous correspondence, I tested positive to COVID-19 on December 8, 2020. I recovered and gained Natural Immunity, which several medical experts say is just effective as the immunity acquired through a vaccine. Since the time I contracted the virus, I have undergone COVID-19 tests, being the most recent one on November 30, 2021. All the test results have shown a negative status for COVID-19. I still have a high level of Positive Antibodies, as per the SARS-COV-2 ANTIBODY TEST I underwent on September 21, 2021. Following the involuntary placement on LWOP by the DOE, I have been submitting the results of my COVID-19 tests to the DOE and UFT on a weekly basis. My positive antibodies and negative COVID-19 test results show that I am not a public health threat.

I would like to reiterate that I have reasons to believe that my application for a Medical Exemption under the grounds of Natural Immunity, which I submitted to the DOE in September of 2021, was wrongfully denied by the DOE. According to the UFT, I was denied an appeal, in contravention of my Fourteenth Amendment rights and the DOE--UFT Contract, among other applicable statutes-regulations at the federal, state and city levels. On November 21, 2021, I submitted an application for a Religious Exemption via email, but I have not received a response as of yet. Please refer to my emails below for further information-clarification.

As stated in my previous correspondence, I have no access my DOE email account since October 15, 2021. Therefore, I am sending this letter via my personal email instead of SOLAS. Upon learning that access to my account had been blocked, I notified the DOE and UFT about this situation, but the problem has not been resolved. Please refer to the email that I sent to UFT officials on October 15, 2021 at 10:13:38 AM for verification. Please be reminded that I included the emails that I had exchanged with the UFT since August 28, 2021 through October 13, 2021 as an attachment to the letter that I addressed to Chancellor Porter on November 21, 2021.

Thank you in advance for your attention to this matter.

Cordially,

Aura Moody

Aura Moody
Bilingual School Social Worker

**Attachment:** Result of COVID-19 Test dated 11/30/2021

Cc: Division of Human Capital, DOE HR Connect (via email)
Michael Mulgrew, UFT President (via email)
Pertinent DOE-UFT Staff Involved in this Case

UFT

# STEP ONE GRIEVANCE

**Case Number:** Q73732

**Name of Grievant:** Aura Moody

**Title:** Social Worker

**File Number:** 0752536

**School:** PS95Q **District:** 29

**File Date** 11/30/21

Dear Ms. Hill:

Pursuant to the procedures set forth in Article 16B of the Collective Bargaining Agreement covering Psychologists and Social Workers, please arrange a conference with me to discuss the following complaint:

I have been placed on an improper unpaid leave without pay.

**Articles Violated:** 14

**Remedy Sought:**
I am to be immediately removed from unpaid leave status and restored to paid status. I am to be made whole in all ways.

I shall be represented at the conference by my union representative.

Sincerely,

Aura Moody

112-26 197 Street

Saint Albans, NY 11412

(718) 465-3725

**From:** quinonesmoody@aol.com,
**To:** KHill@schools.nyc.gov,
**Cc:** RQuamina@uft.org, SDIXON4@schools.nyc.gov, mmulgrew@uft.org, rgarcia@uft.org, queensclinicians@gmail.com, msill@uft.org, aarundell@uft.org, bzihal@uft.org, bnorton@uft.org, eengler@uft.org,
**Subject:** Re: Grievance Step 1 Aura Moody
**Date:** Thu, Dec 9, 2021 5:12 pm

---

Dear Principal Hill:

Thank you for your email regarding my Step 1 Grievance. I strongly disagree with your decision, which I intent to appeal.

In your decision, you state that the reason for the denial of my Step One Grievance is because the DOE Vaccine Mandate has been upheld in an arbitration. With all due respect, the rationale for your decision is not sufficient and responsive to the scope of my claims in my grievance. I believe your decision does not meet the standards of a grievance procedure. Upon information and belief, an administrative decision involving allegations of civil and constitutional rights violations must be based on fact-finding, conclusions of law and supported by tangible evidence. It should also indicate the instances of appeal as a matter of right. In my opinion, your decision does not reflect that those requirements have been met. In addition, I strongly believe that the DOE's COVID-19 Vaccine Mandate is a government overreach that is being challenged and requires vacatur.

As you may recall, during the Step One Grievance conference, I requested that all the correspondence that I had exchanged with the DOE and UFT regarding the COVID-19 Vaccine Mandate since August 23, 2021 until that date be incorporated into the record of this grievance for examination and conclusions during the decision-making process. Pursuant to the Freedom of Information Act (FOIA), I also asked that the DOE produce all data, scientific evidence and caselaw that were reviewed and considered prior to denying my application for a Medical Exemption. I mentioned that a subpoena might be warranted if the DOE failed to produce such documents. You told me that you would consider honoring my FOIA requests upon legal advice from your superiors. On December 2, 2021, after conclusion of the Step One Grievance conference, I sent you an email confirming our discussion in this regard, and you acknowledged receipt on the same date at 2:44 PM. However, your decision does not reflect that my requests were reviewed and considered when you made your decision.

During the Step One Grievance conference, I brought to your attention that on October 29, 2021 I sent an email to Chancellor Porter challenging the DOE's capricious Leave Without Pay (LWOP) issued on October 2, 2021. In my email, I asked Chancellor Porter that the DOE make accommodations for me to work remotely pending a decision on my appeal for a Medical Exemption by the pertinent authorities. Based on the evidence in the record, I stressed that I do not consider myself a public health threat. I tested positive to COVID-19 on December 8, 2020. I recovered and gained Natural Immunity. Since the time I contracted the virus a year ago, I have undergone several COVID-19 tests, being the most recent one on December 8, 2021. All the test results have shown a negative status for COVID-19. I still have a high level of Positive Antibodies, as per the SARS-COV-2 ANTIBODY TEST I underwent on September 21, 2021. Since the time I was placed on LWOP, I have submitted proof of my negative COVID-19 tests to the DOE and UFT on a weekly basis. In light of the above, I assert that I have met the burden of proof on Natural Immunity whereas the DOE has not introduced enough compelling evidence to meet the standard defined in the burden of persuasion that vaccines are more effective than Natural Immunity to combat COVID-19.

During the Step One Grievance conference, I insisted that I should be allowed to work remotely this school year because of my job title, which does not require face-to-face contact with parents/guardians, as agreed upon by the DOE and UFT on or about September of 2021. This issue was not addressed in your decision either. An appeal is forthcoming.

Respectfully,

Aura Moody

-----Original Message-----
From: Hill Kim <KHill@schools.nyc.gov>
To: quinonesmoody@aol.com <quinonesmoody@aol.com>
Cc: Rana Quamina <RQuamina@uft.org>; Dixon Sheryl <SDIXON4@schools.nyc.gov>
Sent: Thu, Dec 9, 2021 1:27 pm
Subject: Grievance Step 1 Aura Moody

Greetings Ms. Moody,

I hope this email finds you well. Please see the attached document pertaining to your Step 1 Grievance . If you have any questions or concerns, please feel free to reach out to me and your union representative.

Sincerely,
Ms. Hill

MOODY EX. 23

United Federation of Teachers
*A Union of Professionals*

April 25, 2022

Aura Moody
11226 197th St.
Saint Albans, NY 11412

**UFT Case# Q73732**

Dear Ms. Moody,

On April 4, 2022, you appealed the grievance department's decision not to proceed to Step II concerning your grievances, UFT case number Q73732. The following members of the ADCOM Committee were present for your appeal, Abe Ruda, Kerry Dowling, Greg Lundahl, Elaine Haynesworth, and Matthew Foglino.

You filed a grievance alleging you were improperly placed on a leave without pay stemming from the Department of Education's COVID-19 Vaccine mandate. You have since been terminated based the same policy and are seeking to be restored to payroll with a religious exemption honored.

At your hearing, you stated that you were terminated without notice. You stated that the Arbitration award which created the exemptions for Religious and Medical issues with the vaccine and subsequent appeals process was Unconstitutional. You stated this was not a law, but an order of the Mayor who exceeded his authority when issuing it. You also alleged that the Award which established the vaccine appeal process is biased in that the arbitrator who issued it had raised money for Mayor DeBlasio in the past. You stated that you have



Officers: Michael Mulgrew *President*, LeRoy Barr *Secretary*, Michael Sill *Assistant Secretary*, Debra Penny *Treasurer*, Tom Brown *Assistant Treasurer*
Vice Presidents: Karen Alford, MaryJo Ginese, Anne Goldman, Janella T. Hinds, Richard Mantell, Leo Gordon

United Federation of Teachers
A Union of Professionals

requested a 3020-a hearing. You provided documentation demonstrating that you have tested every week for COVID and have no problem continuing to be tested.

It is the Ad Com Grievance Appeal Committee's decision not to proceed the Chancellor's Level concerning your case. Article 22C of the Collective Bargaining Agreement states "The decision of the arbitrator, if made in accordance with his/her jurisdiction and authority under this Agreement will be accepted as final by the parties to the dispute and both sides will abide by it." The vaccine appeal process was established through impact bargaining and the resulting arbitration award in response to the Department's attempt to issue a far stricter vaccine requirement. This Award is final and binding so the Union cannot bring any grievances based on Department actions which were conducted in accordance with the Award.

While the Union recognizes this is not the result you were looking for, please be assured your case was given serious and thorough consideration.

Sincerely,

LeRoy Barr
Director of Staff

LB/mj

cc: David Campbell

52 Broadway, New York, NY 10004 p: 212.777.7500 www.uft.org

Officers: Michael Mulgrew *President*, LeRoy Barr *Secretary*, Michael Sill *Assistant Secretary*, Debra Penny *Treasurer*, Tom Brown *Assistant Treasurer*
Vice Presidents: Karen Alford, MaryJo Ginese, Anne Goldman, Janella T. Hinds, Richard Mantell, Leo Gordon

MOODY EX. 24

**From:** quinonesmoody@aol.com,
**To:** BNorton@uft.org, MMulgrew@uft.org, tenure@nysed.gov,
**Cc:** SMagnus@uft.org, msill@uft.org, dcampbell@uft.org, awine@uft.org, DHR@schools.nyc.gov, DHC@schools.nyc.gov, JUDY.KEENAN@eeoc.gov, JEFFREY.BURSTEIN@eeoc.gov, LWOPquestions@schools.nyc.gov, khill@schools.nyc.gov, pleddy@schools.nyc.gov,
**Subject:** Re: Improperly Terminated Inquiry Form [ ref:_00D1U108On._5003p2eMm2t:ref ]
**Date:** Fri, Feb 11, 2022 5:35 pm
**Attachments:** Aura Moody - Request for Hearing on Educational Law §3020-a dated 2-9-2022.pdf (2545K)

---

ADDENDUM TO REQUEST FOR HEARING ON EDUCATIONAL LAW §3020-a DATED FEBRUARY 9, 2022

**MY SIGNATURE ON THE REQUEST FOR A 3020-a HEARING DATED FEBRUARY 9, 2022 IS ONLY VALID WITH ATTACHED STATEMENT:**

**From my current understanding, there are no charges against me and therefore it appears the entire notion that I can be terminated by the New York City Department of Education (NYCDOE) violates the contract I work under as an educator and the 3020-a process. In order to be terminated, charges must be brought against me and since there are no charges I clearly cannot be legally terminated. The United Federation of Teachers (UFT) is requiring me to sign their form and check off that "I want a hearing." I filled out the form on February 9, 2022 at the request of the UFT, as it is required to continue moving forward with the process, otherwise they are refusing to represent me moving forward. However, my signature in no way waives, invalidates or changes my position that since there are no charges placed against me I cannot be legally terminated by the NYCDOE. In order to legally terminate me as a tenured educator, there is a very specific legal process that must be adhered to. There is not even the hint of such a process being carried out in this regard.**

**Unless the 3020-a process is followed in the detail and specificity in which it exists, I cannot be terminated and, most certainly, I cannot be forced into a 3020-a hearing without seeing the charges against me. My due process and equal protection rights have been violated. I have not been served with any charge against me. I have not received a termination notice either. I am requesting that I be put back on payroll pending a decision on my case. In God I trust!**

Sincerely,

Aura Moody

-----Original Message-----
From: quinonesmoody@aol.com
To: BNorton@uft.org <BNorton@uft.org>; MMulgrew@uft.org <MMulgrew@uft.org>
Cc: SMagnus@uft.org <SMagnus@uft.org>; msill@uft.org <msill@uft.org>; dcampbell@uft.org <dcampbell@uft.org>; awine@uft.org <awine@uft.org>
Sent: Wed, Feb 9, 2022 1:23 pm
Subject: Re: Improperly Terminated Inquiry Form [ ref:_00D1U108On._5003p2eMm2t:ref ]

Good afternoon All:

Please be informed that there was an involuntary typographical error on the email that I sent to you on February 9, 2022 at 1:21 AM. I wrote "Please be advised that I do not agree with the form requesting a 3030-a hearing that the UFT sent me via email." It should read: "Please be advised that I do not agree with the form requesting a 3020-a hearing that the UFT sent me via email."

On the other hand, and without pretending to lecture anyone, I would like to express my concerns about the turbulent journey the employees of the City of New York are currently involved in, whether vaccinated or unvaccinated. The United States of America is supposed to be the beacon of democracy and freedom of rights. The Federal Government is comprised of three distinct branches: **legislative, executive, and judicial**, whose powers are vested by the United States Constitution in the Congress, the President and the Federal courts, respectively. The legislative branch of government

is **responsible for making laws within the country**. Legislatures are made up of people called Legislators who are elected by the country's population, to wit, we refer as We The People. Constitutional rights are **the protections and liberties guaranteed to the people by the Constitution**. Many of these rights are outlined in the Bill of Rights, such as the right to free speech and the right to a speedy and public trial. Pursuant to the First Amendment of the Bill of Rights to the Constitution, "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances." According to the Fourteenth Amendment, "No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without **due process of law**; nor deny to any person within its jurisdiction the equal protection of the laws." Upon information and belief, the New York City Commissioner of Health has no statutory or administrative authority to impose a new condition of employment upon City employees. Specifically, pursuant to New York Education Law §2572.9, only a City's Board of Education, or in the case of the DOE, the Panel for Educational Policy can impose a new qualification for employment in a City school district. There is no evidence on record that the DOE's Panel for Educational Policy has adopted a resolution imposing a COVID-19 vaccine as a qualification for employment with the DOE, as per New York Education Law §2572.9. Therefore, the DOE-UFT Arbitration Agreement-Award issued on September 10, 2021 is defective and must be vacated. **It is of paramount importance to highlight that any change in the condition of employment requires good-faith bargaining, as per the contracts between the City of New York and Unions.** As it pertains to the UFT, I expressed my concerns and challenged the DOE-UFT Arbitration Award on the COVID-19 Vaccine Mandate before it was reached and thereafter. I also challenged the Leave Without Pay (LWOP) soon after it was issued to me by the DOE.

To me, it is unacceptable and morally repulsive that we are about to lose our jobs, deprived from our livelihoods and professional careers because of the capricious decisions of Legislators and bureaucrats who were probably sitting at their desks during the peak of the COVID-19 pandemic while first responders and pedagogues were performing their duties on the field, regardless of their vaccination status, like in my case. Their arbitrary use of power and government overreach have been proven to be illegal and politically motivated, to the point that they have been forced to retreat from these unconstitutional COVID-19 Vaccine Mandates in some places worldwide. We are on the side of righteousness. We have done nothing wrong! As educators and parents, we are supposed to teach our children to think critically, become self-sufficient, self-determined and stand up for their values including opposing bullyism; yet, we have our political leaders bullying us to be forced into taking a jab that is against our religious beliefs, medical conditions and/or Natural Immunity. Studies in different countries, including the United States of America, have shown that patients with immunity from natural infection were far less likely to become infected again in comparison to the patients who only had immunity via vaccination. In fact, many vaccinated people have been infected again, and some of them have died or suffered side effects and permanent injuries. Their narrative about the "pandemic of the unvaccinated" has been debunked. Their cowardice and tyranny approach is intended to trample upon our constitutional rights and freedoms. Their draconian COVID-19 measures are about political control not public health and must be peacefully and legally defeated. .

Ensuingly, I am presenting an outline of my case. I have been employed by the DOE since 1999. I tested positive to COVID-19 on December 8, 2020. I recovered and gained Natural Immunity, which several medical experts say is just effective as the immunity acquired through a vaccine. Since the time I contracted the virus, I have undergone several COVID-19 tests, being the most recent one on January 4, 2022. All the test results have shown a negative status for COVID-19. I have a high level of Positive Antibodies, as per the SARS-COV-2 ANTIBODY TEST I underwent on September 21, 2021.

On September 23, 2021, I applied for a Medical Exemption under the grounds of Natural Immunity, but it was denied on September 24, 2021 alleging that "Antibodies alone are not a reason not to get the vaccine." The DOE's decision also state that my "application was reviewed in accordance with applicable City, State and Federal Laws." On September 27, 2021, I appealed the DOE's arbitrary and defective decision by addressing a letter to HR Connect. In my letter, I asserted that an administrative decision involving civil and constitutional rights concerns must be based on fact-finding, conclusions of law and supported by tangible evidence. It should also indicate the instances of appeal as a matter of right. The DOE's decision is not transparent and legally sound since it does not reflect that those requirements have been met. It does not indicate that I have a right to appeal and/or the procedure to challenge it, which I presume is a flagrant violation of my due process and equal protection rights under the Fourteenth Amendment to the Constitution of the United States of America and other relevant statutes-regulations. Moreover, the decision does not specify the medical data, scientific research and applicable laws that were reviewed and considered prior to denying my application for a Medical Exemption. In my correspondence, I also highlighted that members of Congress, United States Postal Service employees and illegal migrants coming through the Southern Border, among others, are not required to take the COVID-19 vaccine. Nevertheless, the DOE is imposing that I get inoculated although I have Natural Immunity. Considering that the individuals in question are not mandated to get vaccinated, I believe the DOE's decision is discriminatory and violates the Constitution of the United States, Civil Rights Act of 1964, Rules and Procedures established by the Equal Employment Opportunity Commission (EEOC) and Americans with Disabilities Act of 1990 (ADA), among other statutes-regulations. My appeal was denied on September 30, 2021alleging that "Post-COVID condition is not sufficient (e.g. outside isolation period)."

On October 2, 2021, I was issued a Notice of LWOP due to non-compliance with the COVID-19 Vaccine Mandate. On October 6, 2021, I addressed a letter to HR Connect expressing my disagreement with the LWOP, to wit, I had not applied

for. In my letter, I requested a Medical Exemption again. I stressed that the LWOP violates Article Ten, Section E of the DOE-UFT Contract for School Psychologists and Social Workers, and I asked that the DOE make accommodations for me to work remotely. As part of my due process rights, I requested that the DOE produce all the data and medical evidence that were reviewed prior to denying my application. It is important to highlight that I worked in-person during the 2020-2021 School Year, when the COVID-19 infections were at their worst. To my knowledge, I did not endanger the safety, health or welfare of any student and/or staff member. Since the time that I was placed on LWOP, I submitted proof of negative COVID-19 tests on a weekly basis up until January 4, 2022. As agreed upon by the DOE and UFT in or about September of 2021, I should have been allowed to work remotely because of my job title, which does not require face-to-face contact with the parents/guardians. On October 3, 2021, the DOE issued a determination denying my Request for a Medical Exemption with a comment: "defer to ODA." On October 13, 2021, the DOE issued a determination and denied my request alleging "Insufficient medical documentation to determine if there is valid reason to defer or delay vaccination." What the decision does not state is that the DOE ignored the fact that I have submitted medical documentation showing that I have Natural Immunity and that I am not a public health threat based on the results of my ongoing COVID-19 tests whereas the DOE has not met the burden of proof that vaccines are more effective than Natural Immunity in fighting COVID-19. All applications for a Medical Exemption were denied without granting me a hearing, which is an outright infringement upon my due process and equal protection rights.

On October 29, 2021, I sent an email to Chancellor Meisha Porter challenging the LWOP. I attached the letters that I had addressed to HR Connect on September 27 and October 6 of 2021, medical documentation regarding my COVID-19 status and the emails that I had exchanged with the UFT from August 23, 2021 through October 13, 2021. Once again, I asked that the DOE make accommodations for me to work remotely pending a sound decision on my appeal for a Medical Exemption by the pertinent authorities. Moreover, I challenged the legality of the DOE-UFT Agreement. To date, I have not received a response.

On November 19, 2021, I sent a letter to Chancellor Meisha Porter to inform her that I would be applying for a Religious Exemption. On November 21, 2021, I applied for a Religious Exemption since the COVID-19 Vaccine Mandate also conflicts with my faith. I chose not to apply for a Religious Exemption before because my personal religious beliefs did not match the requirements of the standards that were set forth in the application process, so I concluded an application would be futile at that time. In the *Kane v. De Blasio* and *Keil v. City of New York*, cases now pending before the United States Court of Appeals for the Second Circuit, the Defendants have conceded that the process and standards they had used to consider Religious Exemption applications and appeals were "constitutionally suspect" and proposed an alternative process with purportedly constitutional standards. To date, I have not received a response to my application for a Religious Exemption.

On November 29, 2021, I filed a grievance against the DOE with the UFT for unfair employment practices and contractual violations pertaining to my involuntary LWOP. On December 2, 2021, a Step One Grievance conference was held with Principal Kim Hill and UFT Representative Sheryl Dixon. At that time, I requested that all the correspondence I have exchanged with the DOE and UFT regarding the COVID-19 Vaccine Mandate since August 23, 2021 to the present time be incorporated into the record of this grievance. As part of my due process rights and pursuant to the Freedom of Information Act (FOIA), I also asked that the DOE produce all the data, scientific evidence and caselaw that were reviewed prior to denying my application for a Medical Exemption. On December 9, 2021, Principal Hill denied my Step One Grievance.

On November 29, 2021, I sent an email to Mr. Michael Mulgrew asking that the UFT bring a claim directly to Scheinman Arbitration and Mediation Services for expedited resolution because the Arbitration Agreement was not created and implemented in good faith. I have not received a response yet.

On November 30, 2021, I addressed a letter to Chancellor Meisha Porter as I was informed by some colleagues that they had received a Final Notice of LWOP status from NYCDOE Division of Human Capital. I informed Chancellor Porter that I had not received the Final Notice of LWOP. I emphasized that: 1) I am NOT waiving my right to sue for wrongful termination. 2) I am NOT waiving my right to seek Medical and Religious Exemptions and Accommodations from any requirement that conflicts with my medical condition based on Natural Immunity and my sincerely held religious beliefs; I am not waiving my rights to seek legal redress from any wrongful denial of such exemptions or accommodations. 3) I am NOT waiving my right to challenge the involuntary resignation, including but not limited to, through a contractual or statutory disciplinary process. 4) I am NOT waiving my right to challenge any wrongful termination by the DOE. I added that considering that I had not received the Final Notice of LWOP, I should not be held liable for the DOE's notification failures and due process rights violations. I asserted that I am entitled to a hearing before the DOE's alleged termination or involuntary resignation. I stressed that I have been significantly damaged by the DOE's arbitrary employment action, and that I was seeking instant remedy to avert further injury. To date, I have not received a response.

On December 2, 2021, my Step One Grievance on LWOP was herd by Principal Hill. On December 9, 2021, my Step One Grievance was denied. On the same date (December 9, 2021), I sent an email to the UFT asking the m to pursue an appeal on my behalf to the Chancellor level, but the UFT denied my request for a Step Two Grievance. An appeal is pending.

**3/6**

Based on the medical information and arguments I have submitted in support of my applications for Medical and Religious Exemptions, I continue to contest the legality of the DOE-UFT Arbitration Agreement. I have a good faith belief that the Arbitration proceeding is unfair and defective, requiring vacatur. The DOE and UFT did not act in good faith by excluding Natural Immunity as a ground for exemption, in disregard of the available data and scientific research, issue that I brought to the attention of the UFT before the DOE-UFT Agreement was negotiated and the COVID-19 Vaccine Mandate was implemented. However, my concerns were not addressed. I also feel that the UFT failed to fairly represent the members whose faith conflict with the Vaccine Mandate. People who have contracted COVID-19 and have religious beliefs are being discriminated against whereas vaccine mandates are being politicized. Differential treatment and the divisive rhetoric against the unvaccinated must stop! In God I trust.

Thank you for following up on my challenge to the prospective unlawful employment termination.

Cordially,

Aura Moody

-----Original Message-----
From: quinonesmoody@aol.com
To: BNorton@uft.org <BNorton@uft.org>; MMulgrew@uft.org <MMulgrew@uft.org>
Cc: SMagnus@uft.org <SMagnus@uft.org>; msill@uft.org <msill@uft.org>; dcampbell@uft.org <dcampbell@uft.org>
Sent: Wed, Feb 9, 2022 2:02 am
Subject: Re: Improperly Terminated Inquiry Form [ ref:_00D1U108On._5003p2eMm2t:ref ]

As instructed by the UFT, please be advised that I submitted my 3020-a Request Form a few minutes ago (see attached)

Sincerely,

Aura Moody

-----Original Message-----
From: quinonesmoody@aol.com
To: BNorton@uft.org <BNorton@uft.org>; MMulgrew@uft.org <MMulgrew@uft.org>
Cc: SMagnus@uft.org <SMagnus@uft.org>; msill@uft.org <msill@uft.org>; dcampbell@uft.org <dcampbell@uft.org>
Sent: Wed, Feb 9, 2022 1:21 am
Subject: Re: Improperly Terminated Inquiry Form [ ref:_00D1U108On._5003p2eMm2t:ref ]

Dear Ms. Norton:

Thank you for responding to the email I sent to Mr. Michael Mulgrew on February 8, 2022 at 2:20 PM. A review of the facts and evidence on record show that the New York City Department of Education, the United Federation of Teachers and the New York City Department of Health and Mental Hygiene have trampled upon my constitutional, civil and labor rights. I have a good faith belief that the unvaccinated have been retaliated and discriminated against. For these reasons, several DOE employees, including myself, have taken legal action to challenge the defendants' capricious and arbitrary actions against us. Although the DOE is aware that individual grievances and lawsuits are pending, it has threatened the unvaccinated employees with employment termination. Such a suspicious move is reprehensible and must be condemned. This is a travesty of justice!

Please be advised that I do not agree with the form requesting a 3030-a hearing that the UFT sent me via email. I believe it is not correct. I will be allegedly terminated on February 11, 2022 without cause and due process. What I am being charged with? I have not received a termination letter and/or a charge packet. I will complete the paperwork appropriate for my title and tenure status to challenge the termination, as recommended by the UFT. I strongly object to any waiver of my rights under federal, state and city laws. I reserve my right to grieve, appeal and be served with 3030-a charges that will allow me to know what I am being charged with. I am entitled to a probable cause hearing. I am not waiving my right to sue. I am claiming my right to be represented by counsel. I am requesting that I be put back on payroll pending a decision on my grievances-hearings, as a matter of law. I will continue to seek relief-legal remedy, as deemed appropriate. Justice has not been served!

Please refer to the emails and other correspondence-documents that I have exchanged-forwarded to the UFT and DOE in order to substantiate my claims. Additional evidence will be produced at a later time, upon request.

Sincerely,

Aura Moody

**4/6**

On Tuesday, February 8, 2022 Beth A. Norton <BNorton@uft.org> wrote:
Ms. Moody

The UFT is taking legal action. In the interim you should complete the paperwork appropriate for your title and tenure status to challenge the termination. If you are a tenured pedagogue, that means requesting a 3020-a hearing. For other titles it may mean filing a discontinuance appeal with your borough office or a termination grievance with the grievance department. Please let me know if you have any questions.

Regards,
Beth A. Norton
General Counsel
United Federation of Teachers

Get Outlook for iOS

---

**From:** quinonesmoody@aol.com <quinonesmoody@aol.com>
**Sent:** Tuesday, February 8, 2022 2:20:52 PM
**To:** Michael Mulgrew <MMulgrew@uft.org>
**Cc:** Beth A. Norton <BNorton@uft.org>; Stephanie Magnus <SMagnus@uft.org>
**Subject:** Re: Improperly Terminated Inquiry Form [ ref:_00D1U108On._5003p2eMm2t:ref ]

Dear Mr. Mulgrew:

Upon information and belief, unvaccinated DOE employees will be illegally terminated on February 11, 2022. This is a travesty of justice. At this point, I am kindly requesting that the UFT file an Emergency Motion with the Court for an Injunction to stop the wrongful termination of the affected employees. We deserve fair representation so justice can be served. In God I trust!

Your immediate attention to this urgent matter is greatly appreciated.

Sincerely,

Aura Moody on behalf of the unvaccinated DOE employees

-----Original Message-----
From: quinonesmoody@aol.com
To: smagnus@uft.org <smagnus@uft.org>
Sent: Fri, Feb 4, 2022 6:06 pm
Subject: Re: Improperly Terminated Inquiry Form [ ref:_00D1U108On._5003p2eMm2t:ref ]

Hi Stephanie:

I completed the form online and submitted it a few minutes ago.

Sincerely,

Aura Moody

-----Original Message-----
From: Stephanie Magnus <smagnus@uft.org>
To: quinonesmoody@aol.com <quinonesmoody@aol.com>
Sent: Fri, Feb 4, 2022 8:58 am
Subject: Improperly Terminated Inquiry Form [ ref:_00D1U108On._5003p2eMm2t:ref ]

? Hi,

You may have received an email from the DOE informing you that you will be terminated in February 2022. If you believe you received this email in error, please fill out this form to explain why you believe you should not be terminated. A UFT representative will contact you.

https://uft.wufoo.com/forms/rtxxas91boahsz/

**5/6**

Thank you, Stephanie M

ref:_00D1U108On._5003p2eMm2t:ref

**6/6**

**The University of the State of New York**
The State Education Department
Teacher Tenure Hearing Unit
EBA Room 987
Albany, New York 12234

Ph: (518) 473-2829
Fax: (518) 402-5940

(09/21)

## Hearing Request/Waiver for Education Law §3020-a or §3020-b Charges

| | |
|---|---|
| **Instructions to the Tenured Employee:** | This form is for you to request a hearing on the Education Law §3020-a or §3020-b charges brought against you, or to waive your right to a hearing on such charges. You must return this form within 10 days of receipt of the charges to the Clerk or Secretary of the Board of Education that brought charges against you. If you fail to request a hearing or waive your right to a hearing within 10 days, you will be deemed to have waived your right to a hearing on the charges and your employing board will meet to determine a penalty. |

### Tenured Employee Information

| | | | |
|---|---|---|---|
| Name | Aura Moody | Phone | (347) 248-5208 |
| Address | 112-26 197 Street | Phone | |
| Address | | Fax | (718) 465-3725 |
| City, State Zip | Saint Allbans, NY 11412 | Email | Quinonesmoody@aol.com |

### Hearing Request or Waiver

| | |
|---|---|
| ☒ | I have not been served with any charge against me or termination letter. I request a hearing on the charges served against me pursuant to Education Law §3020-a or §3020-b. I am requesting that I be put back on payroll pending a decision on my case. |
| ☐ | Please see attached emails between Aura Moody and UFT officials (2 pages). I waive the right to have a hearing pursuant to Education Law §3020-a or §3020-b. I understand the Board of Education will meet to determine the case and fix the penalty or punishment, if one is to be imposed. |

### Tenured Employee Attorney Information

| | | | |
|---|---|---|---|
| Firm Name | | | |
| Attorney Name | | Phone 1 | |
| Address | | Phone 2 | |
| Address | | Fax | |
| City, State, Zip | | Email | |

### Tenured Employee Signature

| | | | |
|---|---|---|---|
| Signature | Aura Moody | Date | February 9, 2022 |