**From:** quinonesmoody@aol.com,
**To:** DCampbell@uft.org, MMulgrew@uft.org,
**Cc:** BNorton@uft.org, MSill@uft.org, AArundell@uft.org, RGarcia@uft.org, RQuamina@uft.org, khill@schools.nyc.gov, pleddy@schools.nyc.gov,
**Subject:** Re: Request to File a Grievance
**Date:** Wed, Jul 13, 2022 9:05 pm
**Attachments:** Decision Order on Motion Loiacono.pdf (122K)

---

Dear Mr. Campbell:

I strongly disagree with the UFT's decision not to file a grievance against the DOE on my behalf so I can be reinstated to my position as a Bilingual School Social Worker immediately, with back pay and all other benefits, as requested on June 30, 2022 (see email below). With all due respect, your statements are misleading, unreasonable, capricious and baseless.

As you may know, the UFT Award issued on September 10, 2021 by the non-impartial Arbitrator Martin Scheinman is illegal and discriminatory on different grounds and must continue to be challenged in order to correct the injustices that have been perpetrated against the unvaccinated employees. We must keep fighting the UFT Award that allowed DOE employees to be placed on involuntary unpaid leave and/or terminated without due process and justification. A cautious review of the UFT Award shows that its language is confusing and misleading. It does not say that the unvaccinated employees would be "terminated;" it only says that they would be "unilaterally separated." The definition of both of those terms is different. "Unilaterally separated" does not necessarily mean "terminated."

I sincerely believe that the UFT Award and its implementation are plagued with procedural errors and legal flaws. Contrary to your assertion below, the process determined by Arbitrator Scheinman can be grieved. In a recent decision, Elizabeth Loiacono v. The Board of Education of the City of New York, et al, the Supreme Court of the State of New York ruled in favor of the petitioner who sought to annul respondents' determination denying her a religious exemption. In an Order issued on July 11, 2022, the Court rejected the respondents' arguments and found that the petitioner was entitled to a religious exemption from the COVID-19 vaccine mandate and entitled to back pay from October 6, 2021 (see attached Court Order).

In your email dated July 11, 2022 (in response to my email addressed to UFT and DOE officials on June 30, 2022, which was coincidentally sent to me the same date the Supreme Court of the State of New York rendered its decision in favor of my colleague Elizabeth Loiacono), you claim that "The UFT is continuing to challenge the DoE's decision to remove employees from payroll without due process through the Courts." However, you did not include any tangible evidence to support your statement. Given the fact that the Court recently found that the actions taken by the respondents against Ms. Loiacono had no rational basis, were arbitrary, capricious and unjustified, this case can be used as a precedent to validate my request for a new grievance against the DOE. I would like to reiterate that the COVID-19 vaccine mandate is unconstitutional on its face. Upon information and belief, an Executive Order is not the same as making a Law, and it is not expected to be in perpetuity.

In light of the above, I am respectfully asking the UFT to reconsider its decision and file a grievance against the DOE on my behalf, as previously requested.

Thank you in advance for your attention, consideration and cooperation in this matter.

Sincerely,
.
Aura Moody

-----Original Message-----
From: David Campbell <DCampbell@uft.org>
To: quinonesmoody@aol.com <quinonesmoody@aol.com>; Michael Mulgrew <MMulgrew@uft.org>
Cc: Beth A. Norton <BNorton@uft.org>; Michael Sill <MSill@uft.org>; Amy Arundell <AArundell@uft.org>; Raul Garcia <RGarcia@uft.org>; Rana Quamina <RQuamina@uft.org>; khill@schools.nyc.gov <khill@schools.nyc.gov>; pleddy@schools.nyc.gov <pleddy@schools.nyc.gov>
Sent: Mon, Jul 11, 2022 4:45 pm
Subject: RE: Request to File a Grievance

Hi Aura,

The Scheinman arbitration award applies to the 2021-22 school year. As we have stated, the process determined by the arbitrator in that decision cannot be grieved. That is still true

today. The DoE has yet to issue it's policy regarding the vaccine mandate or possible accommodations for the 2022-23 school year. The UFT is continuing to challenge the DoE's decision to remove employees from payroll without due process through the courts.
David

---

**From:** quinonesmoody@aol.com <quinonesmoody@aol.com>
**Sent:** Thursday, June 30, 2022 10:40 PM
**To:** Michael Mulgrew <MMulgrew@uft.org>
**Cc:** Beth A. Norton <BNorton@uft.org>; Michael Sill <MSill@uft.org>; David Campbell <DCampbell@uft.org>; Amy Arundell <AArundell@uft.org>; Raul Garcia <RGarcia@uft.org>; Rana Quamina <RQuamina@uft.org>; khill@schools.nyc.gov; pleddy@schools.nyc.gov
**Subject:** Request to File a Grievance

WARNING:
This email originated outside of the UFT. Please **DO NOT CLICK links or attachments** unless you know the content is safe.

Mr. Michael Mulgrew:

Upon information and belief, the illegal Impact Bargaining/UFT Award issued by Arbitrator Martin Scheinman on September 10, 2021 was for the 2021-2022 School Year. Considering that the school year for School Psychologists and Social Workers ended today (June 30, 2022), I am respectfully requesting that the UFT file a grievance on my behalf so I can be reinstated to my position as a Bilingual School Social Worker immediately, with back pay and all other benefits. Please be reminded that I have not been served with a termination notice, as documented on the record.

Thank you in advance for your cooperation in filing my grievance as soon as possible.

Sincerely,

Aura Moody
Bilingual School Social Worker at PS95Q and IS 238Q

#OURKIDSNEED SMALLER CLASS SIZES UFT

The time is now!
**#OurKidsNeed** Smaller Class Sizes
Learn more »

The views, opinions, and judgments expressed in this message are solely those of the author. The message contents have not been reviewed or approved by the UFT

2/2

MOODY EX. 28

United Federation of Teachers
A Union of Professionals

December 7, 2023

Aura Moody
11226 197th St.
Saint Albans, NY 11412

**UFT Case# Q76690**
**Appeal Decision**

Dear Ms. Moody,

On May 1, 2023, you appealed the UFT Grievance Department's decision not to proceed to the Chancellor's Level concerning your grievance, UFT case number Q76690. The following members of the ADCOM Committee were present for your appeal, Abe Ruda, Greg Lundhal, Kerry Dowling, Elaine Haynesworth, and George Geist.

You filed a grievance alleging you were denied the ability to apply for the 2021-22 school year Committee on Special Education per session activities due to your improper termination on February 11, 2022 due to the vaccine mandate.

At your hearing you stated you consider yourself a DOE employee who has not been terminated. You said that you never received notice, and that you are an active employee who has not been paid since October, 2021. You claimed that the DOE illegally placed you on a leave without pay, that you received notice of that leave on 10/2/21, and that was the last document you received. You said you never received your final notice of termination. You stated you were entitled to a 3020a hearing, and requested one in February, 2022, but have not received any response. You claim that because you received no notice, you are entitled to per session because you have always worked it and were not

UFT
United Federation of Teachers
*A Union of Professionals*

terminated. You said you could not apply because you lost access to the DOE's system. You stated that the Scheinman award is illegal as he had no legal standing to issue the award.

It is the Ad Com Grievance Appeal Committee's decision not to proceed the Chancellor's Level concerning your case. In August of 2021, the City announced announcement that all Department employees would be subject to a "Vaccine Only" mandate which did not provide for exceptions or accommodations. The Union challenged this through impact bargaining, proceeded to Arbitration and achieved exemption and accommodation processes. This Award is final, and binding and the Union cannot bring any grievances based on Department actions which were conducted in accordance with the Award including suspension and termination. As your employment was terminated effective February 2022 due to vaccine non-compliance, you do not have standing for employment in per-session and/or CSE work. The Union will not be able to meet our burden of proof to demonstrate that he Department of Education violated the terms of the Scheinman award.

While the Union recognizes this is not the result you were looking for, please be assured your case was given serious and thorough consideration.

Sincerely,

LeRoy Barr

LeRoy Barr
Director of Staff

LB/sm
cc: Mark Collins



Officers: Michael Mulgrew *President*, LeRoy Barr *Secretary*, Michael Sill *Assistant Secretary*, Debra Penny *Treasurer*, Tom Brown *Assistant Treasurer*
Vice Presidents: Karen Alford, MaryJo Ginese, Anne Goldman, Janella T. Hinds, Richard Mantell, Leo Gordon, Mary Vaccaro

UFT

MOODY EX. 29

# STEP ONE GRIEVANCE

**Case Number:** Q83104

**Name of Grievant:** Aura Moody.

**Title:** Social Worker

**File Number:** 0752536.

**School:** Q95 **District:** 29

**File Date:** 3/17/25

Dear Kim Hill:
(Principal's Name)

Pursuant to the procedures set forth in Article 16B of the Collective Bargaining Agreement covering Social Workers, please arrange a conference with me to discuss the following complaint:

I have not been served with a Final Notice of Leave without pay, a charge or Termination Notice. I was not reinstated upon expiration of the UFT Award on 6/30/2022. The DOE failed to process my request for a 3020-a hearing.

**Articles Violated:** 14 AND 15

**Remedy Sought:** I am Seeking reinstatement with backpay and other benefits. I want to be made whole.

I shall be represented at the conference by my union representative.

Sincerely,

Aura Moody (Signature)

Aura Moody (Print Name)

112-26 197 Street (Home Address)

Saint Albans, NY 11412

(347) 248-5208 (Phone Number)

Quinonezmoody@aol.com

MOODY EX. 30

United Federation of Teachers
*A Union of Professionals*

July 15, 2025

Ms. Aura A. Moody
11226 197th Street
Saint Albans, NY 11412-2112

**UFT Case# Q83104**
**Appeal Decision**

Dear Ms. Moody,

On 5/28/25, you appealed the UFT Grievance Department's decision not to proceed to step 2 concerning your grievance, UFT case number Q83104. The following members of the ADCOM Committee were present for your appeal: David Campbell, Gregg Lundahl, Kerry Dowling, George Geist, and Elaine Haynesworth.

You filed a grievance claiming Articles 14 and 15 of the CBA were violated when you were denied a final notice of termination. You are seeking to be reinstated and made whole.

At your appeal hearing, you said that state law requires that employees receive final notice prior to termination. You said you were blocked from DOE email and therefore did not receive the notice. You said that proper notice should be done in person not email.

It is the Ad Com Grievance Appeal Committee's decision not to proceed to step 2 concerning your case. You received a notice on 10/2/2021 that you were being placed on unpaid leave for failure to comply with the DOE's Covid-19 Vaccine Mandate. The notice stated that if you did not comply or accept a leave option the DOE would seek to unilaterally separate

you from service starting on December 1st, 2021. Furthermore, neither the NYC Department of Health order mandating the vaccine nor the arbitration award regarding the implementation of that vaccine mandate are subject to the UFT's grievance process. We would be unable to counter the department's position that the contract was not violated in any way and that this grievance is not eligible for arbitration.

While the Union recognizes this is not the result you were looking for, please be assured your case was given serious and thorough consideration.

Sincerely,

LeRoy Barr
Director of Staff

LB/sm
cc: Mark Collins



Officers: Michael Mulgrew *President*, LeRoy Barr *Secretary*, Michael Sill *Assistant Secretary*, Victoria Lee *Treasurer*, Thomas Brown *Assistant Treasurer*
Vice Presidents: Karen Alford, MaryJo Genese, Anne Goldman, Leo Gordon, Janella Hinds, Richard Mantell, Mary Vaccaro

MOODY EX. 31

# Re: Moody, Aura A. - Q83104 - Adcom Appeal Decision Letter

From: quinonesmoody@aol.com (quinonesmoody@aol.com)

To: adcomappeals@uft.org

Cc: jschlachter@uft.org; naglialoro@uft.org; lbarr@uft.org; mmulgrew@uft.org; bnorton@uft.org; rgarcia@uft.org; spdixon82@yahoo.com; queensclinicians@gmail.com

Date: Tuesday, July 29, 2025 at 09:15 AM EDT

Dear ADCOM Committee:

On July 18, 2025, I requested that you reconsider your decision rendered on July 15, 2025 on the above referenced case (**see attached**). However, I have not received a response.

The substantial legal and factual basis of my grievance show that the DOE violated the Collective Bargaining Agreement (CBA) and New York Labor Law, and the UFT breached its duty of fair representation by failing to advance my Step 1 Grievance to Step 2 or the Chancellor level.

In addition to the merits of my case supported by tangible evidence, my grievance shall be moved to arbitration on procedural grounds. Principal Kim Hill failed to convene a conference or render a decision on my Step 1 Grievance within five (5) school days, as required by Article 16B of the CBA, which states: "The Principal shall confer with the employee to resolve the grievance and communicate a decision within five days." The DOE also failed to respond to my Step 1 grievance, permitting automatic progression to Step 2 under the CBA: "Failure to communicate a decision within specified time limits shall permit the aggrieved employee to proceed to the next step." The UFT breached its duty of fair representation by refusing to advance my grievance to Step 2, despite these procedural violations. Immediate remedy is warranted in the interest of justice. Please reply to these emails before I proceed to the next level.

Sincerely,

Aura Moody

**Attachment**

On Friday, July 18, 2025 at 05:07:57 PM EDT, quinonesmoody@aol.com <quinonesmoody@aol.com> wrote:

> To: ADCOM Committee:
>
> Attached please find my request for reconsideration of your decision rendered on July 15, 2025 on the above referenced case and 23 Exhibits in support.
>
> Sincerely,
>
> Aura Moody
>
> **Attachment**

1/5

On Tuesday, July 15, 2025 at 02:21:31 PM EDT, Administrative Committee of Appeals <adcomappeals@uft.org> wrote:

*Please find attached the decision for case #X82794.*

*Sincerely,*

*Mark B. Collins*

*Director*

*Grievance Department*

*United Federation of Teachers*

Aura Moody - Request for Reconsideration dated 7-18-2025 (UFT Case No. 083104).pdf
4.1 MB

Aura Moody
112-26 197 Street
Saint Albans, NY 11412
quinonesmoody@aol.com
(347) 248-5208

Date: July 18, 2025

To: UFT ADCOM Committee
United Federation of Teachers
52 Broadway, New York, NY 10004

**Re: UFT Case No. 083104 – Request for Reconsideration**

Dear ADCOM Committee:

I respectfully request reconsideration of the ADCOM Committee's decision rendered on July 15, 2025, in the above-referenced case. Contrary to Mr. LeRoy Barr's statement on page 2 of the decision, my case was not given thorough consideration, warranting review in the interest of justice.

The New York City Department of Education (DOE) violated the Collective Bargaining Agreement (CBA) and New York Labor Law, and the UFT breached its duty of fair representation by failing to advance my Step 1 Grievance.

I request that my grievance be moved to arbitration, with immediate reinstatement, back pay, and restoration of benefits withheld since October 15, 2021.

## Background

On October 2, 2021, the DOE placed me on Leave Without Pay while I awaited a decision on my medical exemption appeal for the COVID-19 vaccine mandate, as outlined in the UFT Award (an arbitration agreement issued by Arbitrator Martin Scheinman on September 10, 2021, governing vaccine mandate procedures for the 2021-2022 school year). The DOE/HR Connect denied my exemption on September 13, 2021, eleven days before my placement on Leave Without Pay, in violation of the UFT Award's requirement for review by Scheinman Arbitration and Mediation Services (SAMS). I filed a Step 1 Grievance on March 17, 2025, alleging three CBA violations, which the ADCOM Committee failed to fully address.

## CBA Violations

The DOE and Principal Kim Hill of PS 95Q committed the following violations, as detailed in my Step 1 Grievance:

1. **Failure to Serve a Final Notice of Leave Without Pay, Charge, or Termination Notice**

The DOE failed to serve me with a Final Notice of Leave Without Pay, a Charge, or a Termination Notice, as required by the CBA and New York Labor Law § 195(6). Article X of the CBA mandates formal written notice prior to termination, and New York Labor Law § 195(6) requires employers to provide written notice within five working days, specifying the termination date and end of benefits.

The DOE's October 2, 2021 email placing me on Leave Without Pay does not constitute proper service. Any claim of alternative notification (verbal or implied) fails to meet these requirements. This procedural failure renders my Leave Without Pay and subsequent termination invalid, entitling me to immediate reinstatement.

2. **Failure to Reinstate Upon Expiration of the UFT Award**

The DOE failed to reinstate me upon the expiration of the UFT Award on June 30, 2022, as corroborated by Arbitrator Martin Scheinman and UFT President Michael Mulgrew. On page 7 of the UFT Award, Scheinman stated: "This process shall be in place for the 2021-2022 school year and shall only be extended by mutual agreement of the Parties." In a September 12, 2021 email to UFT members, Mulgrew confirmed: "This agreement is in effect for this school year only."

The DOE's failure to reinstate me violates the terms of the UFT Award and the CBA, warranting immediate reinstatement and back pay.

3. **Failure to Process My Request for a 3020-a Hearing**

The UFT has acknowledged my termination for insubordination, a disciplinary charge requiring a hearing under Education Law § 3020-a and Article Fifteen of the CBA. Article Fifteen states: "Tenured pedagogues facing disciplinary charges are entitled to a 3020-a hearing before dismissal, providing notice of non-compliance and an opportunity to respond."

I requested a 3020-a hearing over three years ago, and the DOE has not acknowledged receipt, a clear violation entitling me to reinstatement.

**Procedural Failures by the DOE and UFT**

Principal Kim Hill failed to convene a conference or render a decision on my Step 1 Grievance within five school days, as required by Article 16B of the CBA, which states: "The Principal shall confer with the employee to resolve the grievance and communicate a decision within five days."

The DOE also failed to respond to my Step 1 grievance, permitting automatic progression to Step 2 under the CBA: "Failure to communicate a decision within specified time limits shall permit the aggrieved employee to proceed to the next step."

The UFT breached its duty of fair representation by refusing to advance my grievance to Step 2 or the Chancellor level, despite these procedural violations.

## Impact and Remedy

The DOE's actions have caused significant financial hardship and emotional distress, among other damages. I have received payment from the DOE since October 15, 2021, despite remaining an active DOE employee under the CBA. I respectfully request that the ADCOM Committee advance my grievance to arbitration, order immediate reinstatement, and award back pay and benefits withheld since October 15, 2021.

## Conclusion

The ADCOM Committee's decision overlooked critical CBA violations and procedural failures. The DOE's failure to provide proper notice, reinstate me, or process my 3020-a hearing, combined with the UFT's refusal to advance my grievance, constitutes a breach of contract.

Please review and address these violations objectively, as is your duty under the CBA.

**Please see Exhibits 1-23** in Support of Request for Reconsideration, previously filed as Exhibits with my aforementioned Step 1 grievance on March 17, 2025..

A facsimile or electronic signature on this document shall have the same effect as an original signature.

**Respectfully,**

Aura Moody

Aura Moody

# Re: [EXTERNAL] Moody V. EEOC, et al (Docket No. 24-cv-3320) - Letter to Judge Ronnie Abrams dated 9-17-2025

From: quinonesmoody@aol.com (quinonesmoody@aol.com)

To: danielle.marryshow@usdoj.gov

Date: Friday, October 31, 2025 at 05:05 AM EDT

Please see Moody Ex. 24-31.

Aura Moody

On Friday, October 31, 2025 at 05:02:40 AM EDT, quinonesmoody@aol.com <quinonesmoody@aol.com> wrote:

> Attached please find Moody Ex. 11-23.
>
> Aura Moody
>
> On Friday, October 31, 2025 at 04:50:32 AM EDT, quinonesmoody@aol.com <quinonesmoody@aol.com> wrote:
>
> > Hi Ms. Marryshow:
> >
> > Attached please find Plaintiff's Amended Complaint dated October 30, 2025 and 31 Exhibits. Considering that the documents are too large, I will break the Exhibits.
> >
> > Sincerely,
> >
> > Aura Moody
> >
> > **Attachments**
> >
> > On Thursday, October 30, 2025 at 02:06:50 PM EDT, quinonesmoody@aol.com <quinonesmoody@aol.com> wrote:
> >
> > > Hi Ms. Marryshow:
> > >
> > > Attached please find Plaintiff's Motion to Alter or Amend Judgment And For Leave To File An Amended Complaint dated October 30, 2025. The Amended Complaint and 31 Exhibits are forthcoming.
> > >
> > > Sincerely,
> > >
> > > Aura Moody
> > > Plaintiff, Pro Se
> > >
> > > **Attachment**
> > >
> > > On Wednesday, September 17, 2025 at 02:06:27 PM EDT, quinonesmoody@aol.com <quinonesmoody@aol.com> wrote:

Hi Ms. Marryshow:

I already sent the letter to the Court.

Sincerely,

Aura Moody

On Wednesday, September 17, 2025 at 01:57:39 PM EDT, Marryshow, Danielle (USANYS) <danielle.marryshow@usdoj.gov> wrote:

Thanks. Please add this to the letter: "The Government has informed me that its position is the same as set forth in its September 17, 2025 letter filed at Docket Number 51."

**Danielle J. Marryshow**

Assistant U.S. Attorney

Southern District of New York

Phone: (212) 637-2689

Cell: (646) 285-8091

---

**From:** quinonesmoody@aol.com <quinonesmoody@aol.com>
**Sent:** Wednesday, September 17, 2025 1:54 PM
**To:** Marryshow, Danielle (USANYS) <Danielle.Marryshow@usdoj.gov>
**Subject:** [EXTERNAL] Moody V. EEOC, et al (Docket No. 24-cv-3320) - Letter to Judge Ronnie Abrams dated 9-17-2025

Dear Ms. Danielle Marryshow:

Attached please find Plaintiff's letter addressed to Judge Ronnie Abrams on September 17, 2025 for your perusal. Today, prior to writing this letter, I called you at (212) 637-2689 and left a message on your voice mail regarding my request for an extension of time to file my Motion for Leave to Reopen the Case and Amend the Complaint or Motion for Reconsideration.

Sincerely,

Aura Moody,

Plaintiff, Pro Se

**Attachment**

Moody Ex. 24 - Emails Between Stephanie, Aura Moody and Beth Norton Regarding Improperly Terminated Inquiry Form and Request for 3020-a Hearing 2-4-2022 to 2-11-2022.pdf
267 kB

Moody Ex. 25 - Hearing Request-Waiver for Education Law 3020-a OR 3020-b Charges Filed by Aura Moody 2-9-2022.pdf
1013.8 kB

Moody Ex. 26 - Non-Personalized Email from DHR to Dear DOE Employee Referenced February 11 Termination 1-31-2022.pdf
514.8 kB

Moody Ex. 27 - Emails Between Aura Moody and David Campbell on Expired UFT Award and Asking for Reinstatement of Unvaccinated Members 6-30-2022 to 7-13-2022.pdf
186.9 kB

Moody Ex. 28 - UFT ADCOM Committe Decision dated 12-7-23.pdf
169.9 kB

Moody Ex. 29 - Step 1 Grievance against the DOE dated 3-17-2025.pdf
176.8 kB

Moody Ex. 30 - UFT ADCOM Committee Decision dated 7-15-2025.pdf
165.3 kB

Moody Ex. 31- UFT ADCOM Committee Request for Reconsideration dated 7-18-2025 Without Exhibits (UFT Case No. 083104).pdf
737.4 kB