RECEIVED
SDNY PRO SE OFFICE
2026 JUN 22 PM 4:37

Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street, Room 250
New York, NY 10007

Aura Moody

(Write the full name of each plaintiff or petitioner)

Case No. 24 CV 3320

Letter re: Case Status

-against-

The United States Equal Employment Opportunity

(Write the full name of each defendant or respondent)

I Came to the United States District Court for The Southern District of New York to inquire about the Status of this Case. I would greatly appreciate any update. Monumental thanks!

June 22, 2026
Dated

Aura Moody
Signature

Aura Moody, Pro Se
Name

Prison Identification # (if available)

112-26 197 Street | Saint Albans | NY | 11412
Address | City | State | Zip Code

(347) 248-5208
Telephone Number (if available)

Quinonesmoody@aol.Com
E-mail Address (if available)