# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Aura Moody

(List the full name(s) of the plaintiff(s)/petitioner(s).)

24 CV 3320 (RA)(KHP)

-against-

**NOTICE OF APPEAL**

U.S. Equal Employment Opportunity Commission, Luis Calzada, William Sanchez, Madeline McGrath and Alexander Adeshchenko

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Aura Moody

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: June 25, 2026

(date that judgment or order was entered on docket)

that: denied Plaintiff's motion to alter or amend the judgment and for leave to file an amended Complaint.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

July 20, 2026

Dated

Aura Moody

Signature

Moody Aura A

Name (Last, First, MI)

112-26 197 Street Saint Albans New York 11412

Address City State Zip Code

(347) 248-5208

Telephone Number

QuinonesMoody@aol.com

E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13